IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JENNIFER PIGGOTT, *et al.,*                    )
                                               )
      Plaintiffs,                          )
v.                                             )     CASE NO.2:06-cv-1158-MEF
                                               )
GRAY CONSTRUCTION, INC.,                       )
                                               )
      Defendant.                           )

## **O R D E R**

Upon consideration of the Motion to Intervene filed on December 29, 2006, it is

hereby

ORDERED that the plaintiffs and defendant show cause in writing on or before

January 24, 2007 as to why the motion should not be granted.

DONE this the 10th day of  January, 2007.


                                 /s/ Mark E. Fuller
                CHIEF UNITED STATES DISTRICT JUDGE