IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JENNIFER and SLADE PIGGOTT,    )
    )
    Plaintiffs,    )
    )
v.    )    Case No.:  2:06-CV-1158-F
    )
GRAY CONSTRUCTION, INC.,    )
et al.,    )
    )
    Defendants.    )

DEFENDANT GRAY CONSTRUCTION, INC.'S
RESPONSE TO SHOW CAUSE ORDER DATED JANUARY 10, 2007

Comes now defendant Gray Construction, Inc., by and through undersigned counsel,

hereby submits the following response to this Court's Order of January 10, 2007:

1.    Gray Construction, Inc. does not object to Hwashin's intervention in this case

by and through its worker's compensation carrier Alabama Self-Insured Worker's

Compensation Fund as a party plaintiff.  Gray Construction only requests that any

intervention allowed by this Court be made under the condition that discovery relevant to

Hwashin's interests and involvement in this case be allowed to Gray Construction.

2.    Additionally, Gray Construction requests that this Court prohibit the

intervener's identity and interests in the case from being made known to the jury.

Respectfully submitted,

_____
Andrew W. Christman (CHR024)
Steven K. Herndon (HER028)
Attorneys for Defendant Gray Construction

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103-4190
Telephone: (334) 834-9950
Facsimile: (334) 834-1054
drew@ghhclaw.com
steve@ghhclaw.com


                                 AND


                              E. Britton Monroe (MON032)
                              Mickey B. Wright (WRI048)
                              Attorneys for Defendant Gray Construction, Inc.

OF COUNSEL:
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South/ Suite 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing was served on the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this 24th day of January, 2007.

Ms. Julia A. Beasley                    Mr. W. Christopher Waller, Jr.
Beasley, Allen, Crow, Methvin       Mr. James A. Rives
  Portis & Miles, PC                  Ball, Ball, Matthews & Novak, PA
P.O. Box 4160                         P.O. Box 2148
Montgomery, AL 36103-4160        Montgomery, AL 36102-2148

                                      _____
                          Counsel