IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER and SLADE PIGGOTT, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:06-CV-1158-F |
| GRAY CONSTRUCTION, INC., et al., | ) |
| Defendants. | ) |

MOTION TO WITHDRAW

Come now Steven K. Herndon and Andrew W. Christman of Gidiere, Hinton, Herndon & Christman, attorneys of record for Gray Construction, Inc., and hereby file this motion requesting the Court to enter an order authorizing these attorneys to withdraw as counsel of record for Gray Construction, Inc. on the grounds that attorneys E. Britton Monroe and Mickey B. Wright of the law firm of Lloyd, Gray & Whitehead, PC are handling the defense of Gray Construction, Inc. in this matter.

WHEREFORE PREMISES CONSIDERED, undersigned counsel request this Honorable Court to enter an order authorizing them to withdraw as attorneys of record.

Respectfully submitted,

_____
Steven K. Herndon (HER028)
Andrew W. Christman (CHR024)
Attorneys for Defendant Gray Construction

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103-4190
Telephone: (334) 834-9950
Facsimile: (334) 834-1054
drew@ghhclaw.com
steve@ghhclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this 30th day of April 2007.

**Attorney for Plaintiff:**
Ms. Julia A. Beasley
Beasley, Allen, Crow, Methvin
  Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

**Attorneys for Intervener:**
Mr. W. Christopher Waller, Jr.
Mr. James A. Rives
Ball, Ball, Matthews & Novak, PA
P.O. Box 2148
Montgomery, AL 36102-2148

**Attorneys for Defendant:**
Mr. E. Britton Monroe
Mr. Mickey B. Wright
Lloyd, Gray & Whitehead, P.C.
2501 20th Place South/ Suite 300
Birmingham, Alabama 35223

_____
Counsel