IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 2:06-cv-1158-MEF-TFM |
| GRAY CONSTRUCTION, INC., | ) ) ) |
| Defendant . | ) |

## **ORDER**

Upon of review and consideration of the *Motion to Quash Subpoena Issued by Gray Construction, Inc. To Non-Party Cooper Steel Fabricators* (Doc. 10, filed May 7, 2007), it is

**ORDERED** that Defendant show cause why this motion should not be granted on or before **May 15, 2007**.

DONE this 8th day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE