IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1158-MEF |
| ) | |
| GRAY CONSTRUCTION, Inc. ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Hwashin America Corporation ("Hwashin"), having moved for an order permitting intervention in the above-styled case, and it appearing that allowing Hwashin to intervene will not prejudice the rights of the other parties to this case or delay the adjudication of this matter, and for other good cause shown, it is hereby ORDERED that the Motion to Intervene (Doc. # 2) is hereby GRANTED. It is further ORDERED that Hwashin file its Complaint by no later than May 31, 2007.

DONE this the 16th day of May, 2007.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE