IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1158-MEF-TFM |
| | ) |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
|     Defendant . | ) |

## **ORDER**

Upon of review and consideration of the *Motion to Quash Subpoena Issued by Gray Construction, Inc. To Non-Party Cooper Steel Fabricators* (Doc. 10, filed May 7, 2007) and *Gray Construction, Inc.'s Response to Show Cause Order* (Doc. 15, filed May 11, 2007), it is

**ORDERED** the *Motion to Quash Subpoena Issued by Gray Construction, Inc. To Non-Party Cooper Steel Fabricators* (Doc. 10) is **DENIED as moot**.

DONE this 16th day of May, 2007.

                                              /s/Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE