IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.2:06-cv-1158-MEF |
| | ) |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of Intervenor Plaintiff's Motion to Extend Scheduling Order (Doc. #22) filed on May 25, 2007, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The deadline for filing motions to amend pleadings and add parties is extended to and including June 29, 2007.

DONE this the 29th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE