IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | ) CASE NO.2:06-cv-1158-MEF |
| | ) |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
|    Defendant. | ) |

# **O R D E R**

Upon consideration of defendant's Motion for Leave to File Third-Party Complaint (Doc. #24) filed on June 7, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 8th day of June, 2007.

                                                  /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE