| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  The Corporation Company    ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery<br>                6-12-07 |
| 1. Article Addressed to:<br><br>Freeland-Harris Consulting<br>Engineers of Georgia, Inc.<br>c/o The Corporation Company<br>2000 Interstate Park Dr., Suite 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>06CV1158<br>S+ 3rd pty C<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 0390 0006 0003 1705 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  The Corporation Company    ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery<br>                6-12-07 |
| 1. Article Addressed to:<br><br>Freeland-Harris Consulting<br>Engineers of Kentucky, Inc.<br>c/o The Corporation Company<br>2000 Interstate Park Dr., Suite 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>06CV1158<br>S+ 3rd pty C<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 0390 0006 0003 1699 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |