## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   All-South Subcontractors, Inc.
   c/o CSC Lawyers Inc. Service, Inc.
   150 South Perry Street
   Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): JAMES S. BELLAMY   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

   06cv1158
   St 3rd pty cmp

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0006 0003 1668

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cooper's Steel Fabricators, Inc.
   c/o CSC Lawyers Inc. Service, Inc.
   150 South Perry Street
   Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): JAMES S. BELLAMY   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

   06cv1158
   St Third Pty Cmp

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0006 0003 2030

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Firestone Building Products Co., LLC
   c/o National Registered Agents, Inc.
   150 South Perry Street
   Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): JAMES S. BELLAMY   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

   06cv1158
   St Third Pty Cmp

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0006 0003 1842

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540