| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jamm Latta_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                                      6-12-07 |
| 1. Article Addressed to:<br><br>Latta Plumbing and Const. Co., Inc.<br>c/o Rex Latta<br>2605 Decatur Highway<br>Gardendale, AL 35071 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>06cv1158<br>St 3 rd pty Comp<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 0390 0006 0003 1651 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540