## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENNIFER PIGGOTT and<br>SLADE PIGGOTT,<br><br>   Plaintiffs,<br><br>v.<br><br>GRAY CONSTRUCTION, INC.,<br><br>   Defendant/Third-Party Plaintiff,<br><br>v.<br><br>COOPER'S STEEL FABRICATORS, INC., ALL-SOUTH SUBCONTRACTORS, FREELAND-HARRIS CONSULTING ENGINEERS OF KENTUCKY, INC., FREELAND HARRIS CONSULTING ENGINEERS OF GEORGIA, INC., THE HARDY CORPORATION, LATTA PLUMBING & CONSTRUCTION CO., INC., HWASHIN AMERICAN CORPORATION and FIRESTONE BUILDING PRODUCTS COMPANY, LLC,<br><br>   Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: CV-06-1158<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

COMES NOW Constance C. Walker of the law firm of Haskell, Slaughter, Young & Gallion, LLC and files this Notice of Appearance as counsel on behalf of Third-Party Defendant Latta Plumbing & Construction Co., Inc.

Respectfully submitted,

_____/s/Constance C. Walker
Constance C. Walker
Attorney for Third-Party Defendant Latta Plumbing

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama 36103-4660
Telephone:    (334) 265-8573
Facsimile:    (334) 264-7945

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document has been served upon the following listed persons via Alafile and by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this the 20th day of June 2007.

    E. Britton Monroe
    LLOYD, GRAY & WHITEHEAD, P.C.
    2501 20th Place South, Suite 300
    Birmingham, Alabama  35223
    205-967-8822

    Jere L. Beasley
    Julia Ann Beasley
    BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
    Post Office Box 4160
    Montgomery, Alabama  36103-4160

    W. Christopher Waller, Jr.
    James A. Rives
    BALL, BALL, MATTHEWS & NOVAK
    Post Office Box 2148
    Montgomery, Alabama  36102-2148

    Freeland-Harris Consulting Engineers of Georgia, Inc.
    c/o The Corporation Company
    2000 Interstate Park Drive, Suite 204
    Montgomery, Alabama  36109

    Freeland-Harris Consulting Engineers of Kentucky, Inc.
    c/o The Corporation Company
    2000 Interstate Park Drive, Suite 204
    Montgomery, Alabama  36109

Cooper's Steel Fabricators, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama  36109

The Hardy Corporation
c/o Craig E. Westendorf
430 12th Street South
Birmingham, Alabama  35233

All-South Subcontractors, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, Alabama  36104

Hwashin America Corporation
c/o Michael B. O'Conner
105 Tallapoosa Street, Suite 101
Montgomery, Alabama  36104

Firestone Building Products Company, LLC
c/o National Registered Agents, Inc.
150 S. Perry Street
Montgomery, Alabama  36104

          ___/s/Constance C. Walker
          OF COUNSEL

26567
02391-828