## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JENNIFER PIGGOTT and SLADE PIGGOTT,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| **GRAY CONSTRUCTION, INC.,** | ) ) ) |
| Defendant/Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| **COOPER'S STEEL FABRICATORS, INC., ALL-SOUTH SUBCONTRACTORS, FREELAND-HARRIS CONSULTING ENGINEERS OF KENTUCKY, INC., FREELAND HARRIS CONSULTING ENGINEERS OF GEORGIA, INC., THE HARDY CORPORATION, LATTA PLUMBING & CONSTRUCTION CO., INC., HWASHIN AMERICAN CORPORATION and FIRESTONE BUILDING PRODUCTS COMPANY, LLC,** | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) |

Case No.: CV-06-1158

## NOTICE OF APPEARANCE

COMES NOW Felicia A. Long, of the law firm of Haskell, Slaughter, Young & Gallion, LLC and files this Notice of Appearance as counsel on behalf of Third-Party Defendant Latta Plumbing & Construction Co., Inc.

Respectfully submitted,

    /s/Felicia A. Long
Felicia A. Long
Attorney for Third-Party Defendant Latta Plumbing

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama 36103-4660
Telephone:    (334) 265-8573
Facsimile:    (334) 264-7945

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon the following listed persons via Alafile and by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this the 21st day of June 2007.

E. Britton Monroe
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama  35223
205-967-8822

Jere L. Beasley
Julia Ann Beasley
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
Post Office Box 4160
Montgomery, Alabama  36103-4160

W. Christopher Waller, Jr.
James A. Rives
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, Alabama  36102-2148

Freeland-Harris Consulting Engineers of Georgia, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama  36109

Freeland-Harris Consulting Engineers of Kentucky, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama  36109

Cooper's Steel Fabricators, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama  36109

The Hardy Corporation
c/o Craig E. Westendorf
430 12th Street South
Birmingham, Alabama  35233

All-South Subcontractors, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, Alabama  36104

Hwashin America Corporation
c/o Michael B. O'Conner
105 Tallapoosa Street, Suite 101
Montgomery, Alabama  36104

Firestone Building Products Company, LLC
c/o National Registered Agents, Inc.
150 S. Perry Street
Montgomery, Alabama  36104

   /s/Felicia A. Long
OF COUNSEL

26569
02391-828