IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN                    DIVISION

Jennifer and Slade Piggott ,                )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )    CASE NO. 2:06-cv-1158
                                            )
Latta Plumbing Co., Inc. ,                  )
                                            )
            Defendants,                     )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Latta Plumbing Co., Inc. , a Defendant        in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☐  This party is a governmental entity, or

☒  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____                  _____

_____                  _____

_____                  _____

_____                  _____
6/25/2007                                  /s/Constance C. Walker
    Date                                   (Signature)

                                           Constance C. Walker (ASB-510-L66C)
                                           (Counsel's Name)

                                           Latta Plumbing Co., Inc.
                                           Counsel for (print names of all parties)
                                           Haskell Slaughter Young & Gallion, LLC
                                           Post Office Box 4660, Montgomery, Alabama  36103-4660
                                           Address, City, State Zip Code
                                           334-265-8573
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, Constance C. Walker _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by  electronic mail and U. S. Mail  (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this  25th  day of  June  20 07, to:

E. Britton Monroe, Jere L. Beasley, W. Christopher Waller, Jr., Freeland-Harris

Consulting Engineers of Georgia, Inc., Freeland-Harris Consulting Engineers of

Kentucky, Inc., Cooper's Steel Fabricators, Inc., The Hardy Corporation, All-South

Subcontractors, Inc., Hwahsin America Corporation, Firestone Building Products

Company, LLC

_____

6/25/2007
Date

/s/Constance C. Walker
Signature