# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JENNIFER PIGGOTT, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) |
| **GRAY CONSTRUCTION, INC.,** | ) Case No. 2:06-cv-01158-MEF-TFM |
| **Defendant and Third Party Plaintiff,** | ) |
| v. | ) |
| **COOPER'S STEEL FABRICATORS, INC., et al.,** | ) |
| **Third Party Defendants.** | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW the Third Party Defendant Freeland Harris Consulting Engineers of Kentucky, Inc. ("Freeland Harris-Kentucky") and requests this Honorable Court extend the due date for Freeland Harris-Kentucky to respond or otherwise plead to Third Party Plaintiff Gray Construction, Inc.'s ("Gray") Third Party Complaint until July 23, 2007. As grounds for said motion, Freeland Harris-Kentucky states as follows:

1. Freeland Harris-Kentucky's response to Gray's Third Party Complaint is currently due July 2, 2007.

2. Freeland Harris-Kentucky requires additional time to review the Third Party Complaint and prepare its response.

3. Counsel for Gray consents to this motion and the requested extension of time.

WHEREFORE, Freeland Harris-Kentucky requests that the Court enter an order providing an extension of time up to July 23, 2007, to respond or otherwise plead to the Third Party Complaint.

s/Charles K. Hamilton<br>
Charles K. Hamilton<br>
Bainbridge, Mims, Rogers & Smith, LLP<br>
600 Luckie Building, Suite 415<br>
Post Office Box 530886<br>
Birmingham, Alabama 35253<br>
(205) 879-1100<br>
(205) 879-4300 (fax)<br>
khamilton@bainbridgemims.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2007, I electronically filed the foregoing **Unopposed Motion for Extension of Time** using the CM/ECF system which will send notification of such filing to the following:

Linda H. Ambrose
Rogers & Associates
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama 35244

Jere L. Beasley
Julia A. Beasley
Beasley, Allen, Crow, Methvin,
    Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 35106

James A. Rives
William C. Waller, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

E. Britton Monroe
Mickey B. Wright
Brian M. McClendon
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, Alabama 35223

Thomas T. Gallion, III
Constance C. Walker
Felicia A. Long
Haskell Slaughter Young
    & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104

Albry Joe Peddy
Robert B. Stewart
Smith, Spires & Peddy, P.C.
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203

                /s/ Charles K. Hamilton
                Of Counsel