IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JENNIFER PIGGOTT, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) |
| **GRAY CONSTRUCTION, INC.,** | ) Case No. 2:06-cv-01158-MEF-TFM |
| **Defendant and Third Party Plaintiff,** | ) |
| v. | ) |
| **COOPER'S STEEL FABRICATORS, INC., et al.,** | ) |
| **Third Party Defendants.** | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Freeland Harris Consulting Engineers of Kentucky, Inc., a Third Party Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

Dated: June 27, 2007

        s/Charles K. Hamilton
Charles K. Hamilton
Bainbridge, Mims, Rogers & Smith, LLP
600 Luckie Building, Suite 415
Post Office Box 530886
Birmingham, Alabama 35253
(205) 879-1100
(205) 879-4300 (fax)
khamilton@bainbridgemims.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2007, I electronically filed the foregoing **Conflict Disclosure Statement** using the CM/ECF system which will send notification of such filing to the following:

Linda H. Ambrose  
Rogers & Associates  
3000 Riverchase Galleria  
Suite 650  
Birmingham, Alabama 35244  

Jere L. Beasley  
Julia A. Beasley  
Beasley, Allen, Crow, Methvin,  
    Portis & Miles, P.C.  
Post Office Box 4160  
Montgomery, Alabama 35106  

James A. Rives  
William C. Waller, Jr.  
Ball, Ball, Matthews & Novak, P.A.  
2000 Interstate Park Drive  
Suite 204  
Montgomery, Alabama 36109  

E. Britton Monroe  
Mickey B. Wright  
Brian M. McClendon  
Lloyd, Gray & Whitehead, P.C.  
2501 Twentieth Place South  
Suite 300  
Birmingham, Alabama 35223  

Thomas T. Gallion, III  
Constance C. Walker  
Felicia A. Long  
Haskell Slaughter Young  
    & Gallion, LLC  
305 South Lawrence Street  
Montgomery, Alabama 36104  

Albry Joe Peddy  
Robert B. Stewart  
Smith, Spires & Peddy, P.C.  
2015 Second Avenue North  
Suite 200  
Birmingham, Alabama 35203  

                          /s/ Charles K. Hamilton  
                          Of Counsel