IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JENNIFER PIGGOTT, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **GRAY CONSTRUCTION, INC.,** ) | |
| ) | Case No. 2:06-cv-1158 MEF TFM |
| **Defendant and Third Party** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **LATTA PLUMBING AND** ) | |
| **CONSTRUCTION CO., INC.** ) | |
| ) | |
| **Third Party Defendants.** ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW the Third Party Defendant Latta Plumbing and Construction Co., Inc. ("Latta") and requests this Honorable Court extend the due date for Latta to respond or otherwise plead to Third Party Plaintiff Gray Construction, Inc.'s ("Gray") Third Party Complaint until July 23, 2007. As grounds for said motion, Latta states as follows;

1. Latta's response to Gray's Third Party Complaint is currently due July 2, 2007.

2. Latta requires additional time to review the Third Party Complaint and prepare its responses.

3. Counsel for Gray consents to this motion and the requested extension of time.

WHEREFORE, Latta requests that the Court enter an order providing an extension of time up to July 23, 2007, to respond or otherwise plead to the Third Party Complaint.

   /s/Constance C. Walker
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Felicia A. Long (ASB-5532-F61L)
Attorneys for Latta Plumbing
and Construction Co., Inc.

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
Post Office Box 4660
Montgomery, Alabama  36103-4660
334-265-8573
334-264-7945 Fax

**CERTICATE OF SERVICE**

I hereby certify that on the 27th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

E. Britton Monroe
Mickey B. Wright
Brian M. McClendon
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama  35223
205-967-8822

Jere L. Beasley
Julia Ann Beasley
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
Post Office Box 4160
Montgomery, Alabama  36103-4160

W. Christopher Waller, Jr.
James A. Rives
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, Alabama  36102-2148

Linda C. Ambrose
ROGERS & ASSOCIATES
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama  35244
205-982-4610
205-982-4630 Fax

Andrew W. Christman
Steven Keith Herndon
GIDIERE HINTON HERNDON & CHRISTMAN
904 Regions Tower
60 Commerce Street
Montgomery, Alabama  36104
334-834-9950
334-834-1054 Fax

Charles Keith Hamilton
BAINBRIDGE MIMS ROGERS & SMITH
Post Office Box 530886
Birmingham, Alabama 35253-0886
205-879-1100
205-879-4300 Fax

Albry Joe Peddy
Robert B. Stewart
SMITH SPIRES & PEDDY, P.C.
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
205-251-5885
205-214-6154 Fax

The Hardy Corporation
c/o Craig E. Westendorf
430 12th Street South
Birmingham, Alabama  35233

Firestone Building Products Company, LLC
c/o National Registered Agents, Inc.
150 S. Perry Street
Montgomery, Alabama  36104

All-South Subcontractors, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, Alabama  36104

Freeland-Harris Consulting Engineers of Georgia, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama  36109

                                                ___/s/Constance C. Walker
                                                OF COUNSEL

26726