IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENNIFER PIGGOTT and SLADE PIGGOTT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GRAY CONSTRUCTION, INC., | ) ) |
| Defendant/Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| COOPER'S STEEL FABRICATORS, INC., et al, | ) ) ) |
| Third-Party Defendants. | ) |

Case No.: CV-06-1158

---

**DEFENDANT/THIRD-PARTY PLAINTIFF GRAY CONSTRUCTION, INC.'S CORPORATE DISCLOSURE STATEMENT**

---

Defendant/Third-Party Plaintiff Gray Construction, Inc., in accordance with this Court's Order, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

■   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Gray, Inc. | Parent Company |
| James N. Gray Estate Trust | Owner, Gray, Inc. |
| Howard Gray | Owner, Gray, Inc. |
| Jim Gray | Owner, Gray, Inc. |
| Stephen Gray | Owner, Gray, Inc. |
| Franklin Gray | Owner, Gray, Inc. |
| Julia Navolio | Owner, Gray, Inc. |
| Lois Gray | Owner, Gray, Inc. |
| Hideo Ito | Owner, Gray, Inc. |
| Steve Renshaw | Owner, Gray, Inc. |
| Bob Moore | Owner, Gray, Inc. |
| Chris Allen | Owner, Gray, Inc. |
| Scott Parker | Owner, Gray, Inc. |
| Anthony Roy | Owner, Gray, Inc. |
| Steve Summers | Owner, Gray, Inc. |
| Gray Construction | Subsidiary |
| WS Construction | Subsidiary |
| ICE Builders | Subsidiary |
| Gray Industrial Realty | Subsidiary |
| JNG Services | Subsidiary |
| Operations Associates | Subsidiary |
| Gray Realty | Affiliate |
| Woodford Realty Ventures | Affiliate |
| Asia Investments I | Affiliate |
| GNF Design | Affiliate |

June 29, 2007          By: s/*Brian M. McClendon*
 Date                             E. Britton Monroe (MON032)
                                      Mickey B. Wright (WRI048)
                                      Brian M. McClendon (MCC133)
                                      Counsel for Defendant/ Third Party Plaintiff
                                       Gray Construction, Inc.
                                      LLOYD, GRAY & WHITEHEAD, P.C.
                                      2501 20th Place South, Suite 300
                                      Birmingham, Alabama 35223
                                      Telephone:  (205) 967-8822
                                      Facsimile:  (205) 967-2380

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of June, a true and correct copy of the foregoing has been furnished by efiling and/or U.S. Mail, postage prepaid, upon the following parties:

Jere L. Beasley, Esq.
Julia Ann Beasley, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles
P.O. Box 4160
Montgomery, AL 36103-4160
*Counsel for Plaintiffs, Jennifer and Slade Piggott*

Charles Keith Hamilton, Esq.
Bainbridge, Mims, Rogers & Smith
P.O. Box 530886
Birmingham, AL  35253-0886
*Counsel for Freeland-Harris Consulting Engineers of Kentucky, Inc.*

Linda H. Ambrose, Esq.
Rogers & Associates
3000 Riverchase Galleria, Ste. 650
Birmingham, AL  35244
*Counsel for Hwashin America Corp.*

James A. Rives, Esq.
William Christopher Waller, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL  36102-2148
*Counsel for Hwashin America Corp.*

A.  Joe Peddy, Esq.
Robert B. Stewart, Esq.
Smith, Spires & Peddy
2015 2nd Avenue North, Ste. 200
Birmingham, AL  35203
*Counsel for Cooper's Steel Fabricators, Inc.*

John S. Somerset, Esq.
Sudderth & Somerset
5385 First Avenue North
Birmingham, AL  35212
*Counsel for All-South Subcontractors, Inc.*

Thomas T. Gallion, III, Esq.
Constance C. Walker, Esq.
Felicia A. Long, Esq.
Haskell, Slaughter, Young & Gallion, LLC
305 South Lawrence Street
P.O. Box 4660
Montgomery, AL   36103-4660
**Counsel for Latta Plumbing & Construction Co., Inc.**

Firestone Building Products Company, LLC
c/o National Registered Agents, Inc.
150 S. Perry Street
Montgomery, AL   36104

The Hardy Corporation
c/o Craig E. Westendorf
430 12th Street south
Birmingham, AL 35233

Freeland-Harris Consulting Engineers of Georgia, Inc.
c/o The Corporation Company
2000 Interstate Park Dr., Suite 204
Montgomery, AL 36109

                                             s/*Brian M. McClendon*
                                             OF COUNSEL

**THIRD-PARTY PLAINTIFF REQUESTS THE FOLLOWING BE SERVED BY CERTIFIED MAIL:**

Freeland-Harris Consulting Engineers of Georgia, Inc.
c/o The Corporation Company
2000 Interstate Park Dr., Suite 204
Montgomery, AL 36109

Freeland-Harris Consulting Engineers of Kentucky, Inc.
c/o The Corporation Company
2000 Interstate Park Dr., Suite 204
Montgomery, AL 36109

Cooper's Steel Fabricators, Inc.
c/o The Corporation Company
2000 Interstate Park Dr., Suite 204
Montgomery, AL 36109

The Hardy Corporation
c/o Craig E. Westendorf
430 12th Street south
Birmingham, AL 35233

All-South Subcontractors, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, AL 36104

Latta Plumbing and Construction Co., Inc.
c/o Rex Latta
2605 Decatur Highway
Gardendale, AL 35071

Hwashin America Corporation
c/o Michael B. O'Conner
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104

Firestone Building Products Company, LLC
c/o National Registered Agents, Inc.
150 S. Perry Street
Montgomery, AL   36104

                                                                    _____
                                                                    OF COUNSEL