IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENNIFER PIGGOTT and SLADE PIGGOTT, )<br>)<br>Plaintiffs, )<br>)<br>and )<br>)<br>HWASHIN AMERICA CORP., )<br>)<br>Plaintiff in Intervention, )<br>)<br>vs. )<br>)<br>GRAY CONTRUCTION, INC., )<br>)<br>Defendant/Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>COOPER STEEL FABRICATORS, INC., et al., )<br>)<br>Third-Party Defendants. ) | Case No.:  CV-06-1158 |

### NOTICE OF APPEARANCE

COME NOW, J. Lister Hubbard, Richard H. Allen and Arden Reed Pathak, of the law firm Capell & Howard, P.C., and files this Notice of Appearance as counsel on behalf of Plaintiff in Intervention Hwashin America Corporation.

Respectfully submitted this the 29th day of June, 2007.

    s/J. Lister Hubbard
**J. LISTER HUBBARD (HUB007)**
**RICHARD H. ALLEN (ALL053)**
**ARDEN REED PATHAK (PAT072)**
Attorneys for Plaintiff/Intervener
Hwashin America Corp.

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama  36102-2069
(334) 241-8000
(334) 323-8888

## CERTIFICATE OF SERVICE

       I hereby certify that on June 29th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

| | |
|---|---|
| Jere L. Beasley, Esquire<br>Julia Ann Beasley, Esquire<br>Beasley, Allen, Crow, Methvin,<br>  Portis & Miles, P.C.<br>Post Office Box 4160<br>Montgomery, AL  36103-4160 | William Christopher Waller, Jr.<br>Ball, Ball, Matthews & Novak P.A.<br>Post Office Box 2148<br>Montgomery, AL  36102-2148 |
| Linda C. Ambrose, Esquire<br>Rogers & Associates<br>3000 Riverchase Galleria<br>Suite 650<br>Birmingham, AL  35244 | Albry Joe Peddy, Esquire<br>Robert B. Stewart, Esquire<br>Smith, Spires & Peddy, P.C.<br>2015 Second Avenue North<br>Suite 200<br>Birmingham, AL  35203-3711 |
| Brian Michael McClendon, Esquire<br>Elliot Britton Monroe, Esquire<br>Mickey B. Wright, Esquire<br>Lloyd, Gray & Whitehead, P.C.<br>2501 Twentieth Place South<br>Suite 300<br>Birmingham, AL  35223 | Charles Keith Hamilton, Esquire<br>Bainbridge, Mims, Rogers & Smith<br>Post Office Box 530886<br>Birmingham, AL  35253 |
| Thomas T. Gallion, III, Esquire<br>Constance C. Walker, Esquire<br>Felicia Abernathy Long, Esquire<br>Haskell, Slaughter,<br>  Young & Gallion, LLC<br>305 South Lawrence Street<br>Montgomery, AL  36104 | |

       /s/J. Lister Hubbard
       **J. LISTER HUBBARD  (HUB007)**