IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENNIFER PIGGOTT AND SLADE PIGGOTT, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) |
| GRAY CONSTRUCTION, INC., | ) <br> ) |
| Defendant/ Third party plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| COOPER'S STEEL FABRICATORS, INC., ALL-SOUTH SUBCONTRACTORS, FREELAND-HARRIS CONSULTING ENGINEERS OF KENTUCKY, INC., FREELAND HARRIS CONSULTING ENGINEERS OF GEORGIA, INC., THE HARDY CORPORATION, LATTA PLUBING & CONSTRUCTION CO, INC., HWASHIN AMERICA CORPORATION and FIRESTONE BUILDING PRODUCTS COMPANY, LLC, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NUMBER: 06-1158** |
| Third party defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

  COMES NOW <u>Firestone Building Products Company, LLC</u>, a <u>third-party defendant</u> in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  ☐ This party is an individual, or

  ☐ This party is governmental entity, or

☐   There are no entities to be reported, or

X   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| BFS Diversified Products, LLC | Sole Member |
| Bridgestone Americas Holding, Inc. | Sole Member of BFS Diversified Products, LLC |
| Bridgestone Corporation | Parent Company to Bridgestone Americas Holding, Inc. |

July 2, 2007
    Date

s/ Hope T. Cannon
(Signature)

Hope T. Cannon
(Counsel's Name)

Firestone Building Products Company, LLC
Counsel for (print names of all parties)

Bradley Arant Rose & White LLP
1819 5th Avenue North
Birmingham, AL 35203
Address, City, State Zip Code

(205) 521-8000
Telephone Number

OF COUNSEL

Brittin T. Coleman
Kenneth M. Perry
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

2

Respectfully submitted,

s/ Hope T. Cannon
Hope T. Cannon
ASB-5898-T55H
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: hcannon@bradleyarant.com

CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jere L. Beasley
    Jere.beasley@beasleyallen.com
    Julia Ann Beasley
    Julia.beasley@beasleyallen.com

    James A. Rives
    jrives@ball-ball.com
    William C. Waller, Jr.
    Cwaller@ball-ball.com

    Brian Michael McClendon
    bmcclendon@lgwpc.com
    Elliott Britton Monroe
    bmonroe@lgwpc.com
    Mickey B. Wright
    mwright@lgwpc.com

    Constance C. Walker
    ccw@hsy.com
    Felicia Abernathy Long
    fal@hsy.com
    Thomas T. Gallion, III
    mp@hsy.com

      and I hereby certify that I have on July 2, 2007, served the foregoing on the following persons via US Mail:

    All South Subcontractors, Inc.
    c/o CSC Lawyers Incorporating Service, Inc.
    150 South Perry Street
    Montgomery, AL  36104

    Freeland-Harris Consulting Engineers of Georgia, Inc.
    c/o The Corporation Company
    2000 Interstate Park Drive
    Ste. 204
    Montgomery, AL  36109

Freeland-Harris Consulting Engineers of Kentucky, Inc.
c/o The Corporation Company
2000 Interstate Park Drive
Ste. 204
Montgomery, AL  36109

The Hardy Corporation
c/o Craig E. Westendorf
430 12th Street South
Birmingham, AL  35233

Cooper Steel Fabricators
c/o CSSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, AL  36104

                                                s/ Hope T. Cannon
                                                      OF COUNSEL