**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 2, 2007

## NOTICE OF ERROR

To:      All Counsel of Record

**Case Style:   Piggott et al v. Gray Construction, Inc.**
**Case Number:    2:06-cv-01158-MEF**

**Referenced Pleading:     Amendment to complaint**
**Docket Entry Number:    53**

**The referenced pleading was filed on \*\*June 29, 2007\*\* in this case and is hereby STRICKEN as an erroneous  docket entry. Counsel has filed a correction as Docket Entry 56 motion for leave to amend, which is pending before the Court.**

**Parties are instructed to disregard #53 docketing entry, which has been stricken from the record as a docketing error.**