**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| JENNIFER PIGGOTT and SLADE PIGGOTT,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>GRAY CONSTRUCTION, INC.,  )<br>)<br>Defendant/Third-Party Plaintiff,  )<br>)<br>v.  )<br>)<br>COOPER'S STEEL FABRICATORS, INC.,  )<br>ALL-SOUTH SUBCONTRACTORS,  )<br>FREELAND HARRIS CONSULTING  )<br>ENGINEERS OF KENTUCKY, INC.,  )<br>FREELAND HARRIS CONSULTING  )<br>ENGINEERS OF GEORGIA, INC. THE  )<br>HARDY CORPORATION, LATTA  )<br>PLUMBING & CONSTRUCTION CO., INC.,  )<br>HWASHIN AMERICA CORPORATION and  )<br>FIRESTONE BUILDING PRODUCTS CO.,  )<br>LLC,  )<br>)<br>Third-Party Defendants.  ) | Civil Action Number:<br><br>2:06-cv-01158-MEF-TFM<br><br>Honorable Chief Judge Mark E. Fuller<br><br>&<br><br>Honorable Terry F. Fuller |

**CONFLICT DISCLOSURE STATEMENT**

**COMES NOW,** the Defendant, Freeland Harris Consulting Engineers of Georgia, Inc., a Third-Party Defendant in the above-styled matter and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities as required by this Court's General Order Number 00-3047:

There are no entities to be reported.

Respectfully submitted this the 2nd day of July, 2007.

/s/ John M. Laney, Jr.
JOHN M. LANEY, JR., ESQ. (LAN007)
JOHN C. DeSHAZO, ESQ. (DES007)
Attorneys for Third-Party Defendant
Freeland Harris Consulting Engineers of Georgia, Inc.

**OF COUNSEL:**

**LANEY & FOSTER, P.C.**
Post Office Box 43798
Birmingham, Alabama 35243-0798
Telephone: (205) 298-8440
Facsimile: (205) 298-8441

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of Court using the US District Court Filing System which sends information of such filing to Counsel of Record in this cause and those not registered with the US District Court Filing System for electronic notification have been served by US Mail.

**Attorney for Third-party Plaintiffs**
**Jennifer Piggott & Slade Piggott**
Jere L. Beasley, Esq.
Julia Ann Beasley, Esq.
Beasley Allen Crow Methvin Portis & Miles
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

**Attorney for Intervener Plaintiff**
**Hwashin America Corporation**
James A. Rives, Esq.
William Christopher Walker, Jr., Esq.
Ball Ball Mathews & Novak, PA
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: (334) 387-7680
Facsimile: (334) 387-3222

**Attorney for Defendant / Third-Party Plaintiff**
**Gray Construction, Inc.**
Brian Michael McClendon, Esq.
Elliott Britton Monroe, Esq.
Mickey B. Wright, Esq.
Lloyd Gray & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380

**Attorney for Third-Party Defendant**
**Latta Plumbing and Construction Co., Inc.**
Constance C. Walker, Esq.
Felicia Abernathy Long, Esq.
Thomas T. Gallion, III, Esq.
Haskell Slaughter Young & Gallion, LLC
Post Office Box 4600
Montgomery, Alabama 36104
Telephone: (334) 265-8573
Facsimile: (334) 264-7945

<table>
<tr><td>

**Attorney for Third-Party Defendant Firestone Building Products Co., LLC**
Hope T. Cannon, Esq.
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8722
Facsimile: (205) 488-6722

**Attorney for Third-Party Defendant Cooper Steel Fabricators**
A. Joe Peddy, Esq.
Robert B. Stewart, Esq.
Smith Spires & Peddy, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203
Telephone: (205) 251-5885
Facsimile: (205) 251-8642

</td><td>

**Attorney for Third-Party Defendant Freeland Harris Consulting Engineers of Kentucky, Inc.**
Charles Keith Hamilton, Esq.
Bainbridge Mims Rogers & Smith
Post Office Box 530886
Birmingham, Alabama 35253-0886
Telephone:(205) 879-1100
Facsimile: (205) 879-4300

</td></tr>
</table>

/s/ John M. Laney, Jr.
**OF COUNSEL**