## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JENNIFER PIGGOTT and | ) | |
| SLADE PIGGOTT, | ) | |
| | ) | CASE NUMBER: CV06-1158 |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GRAY CONSTRUCTION, INC., | ) | |
| | ) | |
| DEFENDANT/THIRD-PARTY | ) | |
| PLAINTIFF | ) | |
| vs. | ) | |
| | ) | |
| COOPER'S STEEL FABRICATORS, | ) | |
| INC.,  et al, | ) | |
| | ) | |
| THIRD-PARTY DEFENDANTS. | ) | |

## CONFLICT DISCLOSURE STATEMENT

Comes now All-South Subcontractors, Inc., Third Party Defendant in the above styled matter, and, in accordance with the Order of this Honorable Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order Number 3047, the following disclosures are made:

1) This party is a Corporation organized and existing under the laws of the State of Alabama, and has elected to be treated as a partnership for tax purposes (a "subchapter S corporation); it is therefore deemed by this entity that the stockholders are

"reportable entities" under the above named order.

| Reportable entity: | Relationship to party: |
|---|---|
| Hunter S. Price, Jr. | Stockholder |
| Betty Price | Stockholder |
| John Franklin Stewart | Stockholder |
| Bennie Ray Goldman | Stockholder |

This the 3rd day of July, 2007

s/ John S. Somerset (SOM003)
   Attorney for All-South Subcontractors, Inc.
   5385 First Avenue North
   Birmingham, Alabama 35212
   (205)595-4631