IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.,* | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | ) CASE NO.2:06-cv-1158-MEF |
| | ) |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

Upon consideration of third-party defendants' Motions for Extension of Time (Doc. #46, #49 and #51), it is hereby

ORDERED that the motions are GRANTED to and including July 23, 2007.

DONE this the 3rd day of July, 2007.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE