IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO.2:06-cv-1158-MEF |
| ) | |
| GRAY CONSTRUCTION, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of Hwashin America Corporation's Motion for Leave to File Its Amended Complaint in Intervention (Doc. #55) filed on June 29, 2007, it is hereby

ORDERED that the parties show cause in writing on or before July 13, 2007 as to why the motion should not be granted.

DONE this the 3rd day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE