IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENNIFER PIGGOTT and SLADE PIGGOTT, <br><br> Plaintiffs, <br><br> VS. <br><br> GRAY CONSTRUCTION, INC.; et al., <br><br> Defendant / Third-Party Plaintiff, <br><br> VS. <br><br> COOPER'S STEEL FABRICATORS, INC.; et al., <br><br> Third-Party Defendants. | CASE NO. 2:06-cv-01158-MEF-TFM |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Hardy Corporation, a third-party defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is a Corporation organized and existing under the laws of the State of Alabama, and has elected to be treated as a partnership for tax purposes (a "subchapter S corporation); it is therefore deemed by this entity that the stockholders are "reportable entities" under the above named order.

| Reportable Entity | Relationship to Party |
|---|---|
| Robert Bradford | Owner |
| Richard Burdette | Owner |
| Thomas Cordell and Family | Owners |
| Steve Edsall | Owner |
| Donnie Englebert | Owner |
| Lamar Harris | Owner |
| Keith Marbury | Owner |
| Wayne Mathews | Owner |
| Al Mauro | Owner |
| Bill Myers | Owner |
| Bill Parker | Owner |
| Harold Robertson | Owner |
| St. Paul Traveler's Insurance Company | Insurance Carrier for The Hardy Corp. |

Respectfully submitted,

July 3, 2007
Date

s/Larry W. Harper
(ASB-3074-R76L;HAR093)
Counsel for The Hardy Corporation
Porterfield, Harper, Mills & Motlow, P.A.
Post Office Box 530790 (35253-0790)
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242-4821
(205) 980-5000

## CERTIFICATE OF SERVICE

   I do hereby certify that on <u>July 3, 2007</u>, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the Alafile system, which will send notification of such filing to all counsel of record in this case, and I hereby certify that I am forwarding the foregoing via United States Mail and/or email to the non-Alafile participants.


Jere L. Beasley, Esq.
Julia A. Beasley, Esq.
Beasley, Allen, Crow,
 Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

Elliot Britton Monroe, Esq.
Mickey B. Wright, Esq.
Brian M. McClendon, Esq.
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223

Steven K. Herndon, Esq.
Gidiere, Hington & Herndon
60 Commerce Street, Suite 904
Montgomery, AL 36104

James A. Rives, Esq.
William Christopher Waller, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, AL 36102-2148

Arden Pathak, Esq.
Capell & Howard
Post Office Box 2069
Montgomery, AL 36102-2069

Thomas Gallion, Esq.
Felicia Long, Esq.
Constance Walker, Esq.
Haskell, Slaughter, Young & Gallion, LLC
Post Office Box 4660
Montgomery, AL 36103-4660

Joe Peddy, Esq.
Robert B. Stewart, Esq.
Smith, Spires & Peddy, P.C.
2015 Second Avenue North, Suite 200
Birmingham, AL 35203

Charles K. Hamilton, Esq.
Bainbridge, Mims, Rogers & Smith
Post Office Box 530886
Birmingham, AL 35253

Christopher G. Hume, III, Esq.
W. Kyle Morris, Esq.
Miller, Hamilton, Snider & Odom
Post Office Box 46
Mobile, AL 36601

Linda H. Ambrose, Esq.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244

GFN Architects and Engineers, P.S.C., P.C.
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

All South Subcontractors, Inc.
c/o CSC Lawyers Inc. Service, Inc.
150 South Perry Street
Montgomery, AL 36104

Hope T. Cannon, Esq.
Bradley, Arant
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203

/s/ **Larry W. Harper**
_____
**OF COUNSEL**