IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> _____ DIVISION

JENNIFER PIGGOTT AND SLADE PIGGOTT,    )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )    CASE NO. <u>2:06-CV-1158</u>
                                        )
GRAY CONSTRUCTION, INC., ET AL.,        )
                                        )
        Defendants,                     )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Hwashin America Corporation</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

☑   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Hwashin America Ltd. | Parent Company |
| Travelers Property Casualty Company of America | Insurance Carrier for Hwashin America Corp. |
| Travelers Companies, Inc. | Parent Company of Travelers Property Casualty |
| | Company of America |

<u>7/3/2007</u>
Date

s/ W. Christopher Waller, Jr.
(Signature)

W. Christopher Waller, Jr.
(Counsel's Name)

Hwashin America Corp.
Counsel for (print names of all parties)
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109
Address, City, State Zip Code
334-387-7680
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Jere L. Beasley, Esq.
Julia A. Beasley, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160

Andrew W. Christman, Esq.
Steven K. Herndon, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, Alabama 36103

E. Britton Monroe, Esq.
Mickey B. Wright, Esq.
Brian M. McClendon, Esq.
Lloyd, Gray & Whitehead, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223

Felicia A. Long, Esq.
Thomas T. Gallion, III, Esq.
Constance C. Walker, Esq.
Haskell, Slaughter, Young & Gallion, LLC
P.O. Box 4660
Montgomery, Alabama 36103-4660

John M. Laney, Jr., Esq.
John C. DeShazo, Esq.
Laney & Foster, P.C.
P.O. Box 43798
Birmingham, Alabama 35243-0798

Charles K. Hamilton, Esq.
Bainbridge, Mims, Rogers & Smith, LLP
600 Luckie Building, Suite 415
P.O. Box 530886
Birmingham, Alabama 35253

Robert B. Stewart, Esq.
A. Joe Peddy, Esq.
Smith, Spires & Peddy, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203

Larry W. Harper, Esq.
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway
Suite 600
Birmingham, Alabama 35253-0790

John S. Somerset, Esq.
Sudderth & Somerset
5385 1st Avenue North
Birmingham, Alabama 35212

Linda H. Ambrose, Esq.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35244

Hope T. Cannon, Esq.
Brittin T. Coleman, Esq.
Kenneth M. Perry, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104

s/ W. Christopher Waller, Jr.
OF COUNSEL