**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

July 5, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Piggott et al v. Gray Construction, Inc.**

**Case Number:    2:06-cv-01158-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the erroneous PDF document previously attached by E-Filer.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 65  filed on   July 3, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENNIFER PIGGOTT and SLADE PIGGOTT, | ) ) ) |
| PLAINTIFFS, | ) CASE NUMBER: CV06-1158 ) |
| vs. | ) ) |
| GRAY CONSTRUCTION, INC., | ) ) |
| DEFENDANT/THIRD-PARTY PLAINTIFF | ) ) |
| vs. | ) ) |
| COOPER'S STEEL FABRICATORS, INC., et al, | ) ) ) |
| THIRD-PARTY DEFENDANTS. | ) |

**MOTION TO ACCEPT ANSWER BEYOND FILING DATE**

Comes now All-South Subcontractors, Inc., Third Party Defendant in the above matter, and moves this Honorable Court to accept the filing of its Answer and Cross-claim as of July 3rd, 2007, and would show:

1) Counsel for said Third Party Defendant received the copy of the Complaint from the client on Friday, June 22nd, 2007; at the time, said Counsel was not a member of the Bar of the Middle District of Alabama;

2) Said counsel was admitted to the Bar of this Honorable Court on Monday, July 2, 2007, at approximately 4:10 PM; The Clerk's office evidently sent the CM/ECF access password by electronic mail at that time, but same was not received (of for some unknown electronic reason was not able to be retrieved) by said Counsel until the morning of July 3, 2007)

**3) Counsel was in Court in Birmingham, Alabama until shortly after 5:00 PM, and retrieved the voicemail message that the admission had been granted and notification of the email, but could not retrieve same until the morning of July 3rd, 2007; Since it was after 5:00, Counsel could not get the password by telephone.**

**Wherefore, Counsel moves as aforesaid this the 3rd day of July, 2007.**

s/John S. Somerset (SOM003)
5385 First Avenue North
Birmingham, Alabama 35212
(205)595-4631


### CERTIFICATE OF SERVICE

I hereby certify that I have notified all attorneys or parties of record in this matter as required by the F.R.C.P this the 3rd day of July, 2007.

s/John S. Somerset, SOM003
Attorney for All-South Subcontractors, Inc.
5385 First Avenue North
Birmingham, AL 35212
(205)595-4631

| | |
|---|---|
| **Linda C. Ambrose** | lambrose@spt.com, jwise@spt.com |
| **Jere L. Beasley** | jere.beasley@beasleyallen.com, libby.rayborn@beasleyallen,com |
| **Julia Ann Beasley** | julia.beasley@beasleyallen.com, elizabeth.kidd@beasleyallen.com |
| **Hope T. Cannon** | hcannon@bradleyarant.com, aseeds@bradleyarant.com |
| **John C. DeShazo** | JDeShazo@laneyfoster.com |
| **Thomas T. Gallion, III** | mp@hsy.com, ttg@hsy.com |
| **Charles Keith Hamilton** | khamilton@bainbridgemims.com |
| **Larry William Harper** | lwh@phm-law.com, phm@phm-law.com, dbm@phm-law.com |

**Joseph Lister Hubbard**   jlh@chlaw.com, gina@chlaw.com, roxie@chlaw.com

**John M. Laney, Jr.**         jmlaney@laneyfoster.com, jmlaney@laneyfoster.com

**Felicia Abernathy Long** fal@hsy.com

**Brian Michael McClendon** bmcclendon@lgwpc.com, chice@lgwpc.com

**Elliott Britton Monroe**   bmonroe@lgwpc.com, rfernandez@lgwpc.com

**Albry Joe Peddy**          Attorneys@ssp-law.com

**James A. Rives**           jrives@ball-ball.com, firm@ball-ball-com

**Robert B. Stewart**        Rob@ssp-law.com, attorneys@ssp-law.com

**Constance C. Walker**   ccw@hsy.com

**William Christopher Waller, Jr.**   CWaller@ball-ball.com, CStrickland@ball-ball.com

**Mickey B. Wright**        mwright@lgwpc.com, chelms@lgwpc.com

**The Hardy Corporation**
c/o Craig E. Westendorf
430 12th Street South
Birmingham, AL 35233