IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JENNIFER PIGGOTT** and **SLADE PIGGOTT,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 2:06-cv-01158-MEF-TFM ) |
| **GRAY CONSTRUCTION, INC.,** | ) ) |
| Defendant. | ) |

**DEFENDANT/THIRD PARTY DEFENDANT COOPER STEEL FABRICATORS, INC.'S, CORPORATE DISCLOSURE STATEMENT**

**COMES NOW**, third party defendant, Cooper Steel Fabricators, Inc., by and through the undersigned counsel of record in the above-styled matter in accordance with this Court's Order, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby

-1-

reported:

| Reportable Entity | Relationship to Party |
|---|---|
| J. Kenneth Cooper | Owner, Cooper Steel Fabricators, Inc. |
| Faye W. Cooper | Owner, Cooper Steel Fabricators, Inc. |
| Gary K. Cooper | Owner, Cooper Steel Fabricators, Inc. |
| Barry Cooper | Owner, Cooper Steel Fabricators, Inc. |
| CNA | Insurance Company for Cooper Steel Fabricators, Inc. |

<u>July 6, 2007</u>
Date

Respectfully submitted,

<u>s/A. Joe Peddy</u>
A. Joe Peddy (PED002)
ajp@ssp-law.com
*s/ Robert B. Stewart*
Robert B. Stewart ( STE124)
rob@ssp-law.com
**SMITH, SPIRES & PEDDY, P.C.**
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone: (205) 251-5885
Fax: (205) 251-8642

## **CERTIFICATE OF SERVICE**

        I hereby certify that on July 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley
Julia Ann Beasley
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

Andrew W. Christman
Steven Keith Herndon
Gidiere, Hinton, Herndon &Christman
904 Regions Tower
60 Commerce Street
Montgomery, AL 36104

Elliot Britton Monroe
Mickey B. Wright
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, AL 35223

James A. Rives
William Christopher Waller, Jr.
Ball, Ball, Matthews & Novak, PA
P.O. Box 2148
Montgomery, AL 36102-2148

                                                           s/ Robert B. Stewart
                                                               Of Counsel