IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENNIFER PIGGOTT and SLADE PIGGOTT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GRAY CONSTRUTION, INC., | ) ) ) |
| Defendant and Third-Party Plaintiff | ) CIVIL ACTION NUMBER: 2:06-cv-01158 ) |
| v. | ) ) ) |
| COOPER'S STEEL FABRICATORS, INC., et al. | ) ) ) |
| Third-Party Defendants | ) ) |

## NOTICE OF APPEARANCE

Comes now Brittin T. Coleman of the firm of Bradley Arant Rose & White LLP and gives notice of his appearance as one of the attorneys of record for third-party defendant Firestone Building Products Company, LLC.

s/ Brittin T. Coleman
Brittin T. Coleman
One of the Attorneys for
Firestone Building Products Company, LLC

2

<u>OF COUNSEL</u>

Kenneth M. Perry
Hope T. Cannon
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley
Julia Ann Beasley
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC.
P.O. Box 6160
Montgomery, AL 36103-4160
Jere.beasley@beasleyallen.com
Julia.beasley@beasleyallen.com

James A. Rives
William C. Waller, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109
jrives@ball-ball.com
cwaller@ball-ball.com

Joseph L. Hubbard
CAPELL HOWARD PC
P.O. Box 2069
Montgomery, AL 36102-2069
jlh@chlaw.com

Linda C. Ambrose
ROGERS & ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
lambrose@spt.com

Brian Michael McClendon
Elliott Britton Monroe
Mickey B. Wright
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place, South, Suite 300
Birmingham, AL 35223
bmcclendon@lgwpc.com
bmonroe@lgwpc.com
mwright@lgwpc.com

A. Joe Peddy
Robert B. Stewart
SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue North
Suite 200
Birmingham, AL 35203
Attorneys@ssp-law.com
rob@ssp-law.com

John S. Somerset
SUDDERTH & SOMERSET
5385 First Avenue North
Birmingham, AL 35212
sandsattys@bham.rr.com

Charles K. Hamilton
BAINBRIDGE MIMS ROGERS & SMITH
P.O. Box 530886
Birmingham, AL 35253-0886
khamilton@bainbridgemims.com

John S. DeShazo
John M. Laney, Jr.
LANEY & FOSTER
P.O. Box 43798
Birmingham, AL 35243-0798
jdeshazo@laneyfoster.com
jmlaney@laneyfoster.com

Larry W. Harper
PORTERFIELD, HARPER, MILLS & MOTLOW
P.O. Box 530790
Birmingham, AL 35253-0790
lwh@phm-law.com

Constance C. Walker
Felicia Abernathy Long
Thomas T. Gallion, III
HASKELL SLAUGHTER YOUNG
& GALLION, LLC
305 South Lawrence Street
Montgomery, AL 36104
ccw@hsy.com
fal@hsy.com
mp@hsy.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None

    Respectfully submitted,

    s/ Brittin T. Coleman
    Brittin T. Coleman
    Bradley Arant Rose & White LLP
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, AL 35203-2104
    Telephone: (205) 521-8000
    Facsimile: (205) 521-8800
    E-mail: bcoleman@bradleyarant.com