IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER PIGGOTT, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO.2:06-cv-1158-MEF |
| | ) | |
| GRAY CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of third-party defendant All-South Subcontractors, Inc.'s Motion

for Extension of Time (Doc. #65) filed on July 3, 2007, it is hereby

ORDERED that the motion is GRANTED to and including July 23, 2007.

DONE this the 17th day of July, 2007.

                                   /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE