IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1158-MEF |
| ) | |
| GRAY CONSTRUCTION, Inc. ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Hwashin America Corporation's Motion for Leave to File Reply to Gray Construction, Inc.'s Opposition to Motion for Leave to Amend Complaint in Intervention (Doc. # 80) filed on July 20, 2007, it is hereby ORDERED that the motion is GRANTED.

DONE this the 31st day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE