IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO.2:06-cv-1158-MEF |
| ) | |
| GRAY CONSTRUCTION, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of Hwashin America Corporation's Motion to Dismiss All-South Subcontractors, Inc.'s Cross Claims (Doc. #82) filed on July 23, 2007, it is hereby ORDERED that:

1. All-South Contractors, Inc. file a response which shall include a brief and any evidentiary materials on or before August 9, 2007.

2. Hwashin America Corporation may file a reply brief on or before August 16, 2007.

DONE this the 31st day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE