IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.2:06-cv-1158-MEF |
| GRAY CONSTRUCTION, INC., | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of Hwashin America Corporation's Motion to Dismiss Gray Construction, Inc.'s Third Party Complaint (Doc. #83) filed on July 23, 2007, it is hereby ORDERED that:

1  Gray Construction, Inc. file a response which shall include a brief and any evidentiary materials on or before August 9, 2007.

2. Hwashin America Corporation may file a reply brief on or before August 16, 2007.

DONE this the 31st day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE