IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.,* | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )   CASE NO.2:06-cv-1158-MEF |
| | ) |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

Upon consideration of Gray Construction, Inc.'s Motion for Leave to File (Doc. #85) filed on July 30, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 31st day of July, 2007.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE