IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.,* | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | ) CASE NO.2:06-cv-1158-MEF |
| | ) |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

Upon consideration of the Joint Motion for Leave to Modify Scheduling Order (Doc. #92) filed by the Third-Party Defendants on August 1, 2007, it is hereby

ORDERED that the plaintiffs and defendant/third party plaintiff show cause in writing on or before August 13, 2007 as to why the motion should not be granted.

DONE this the 3rd day of August, 2007.

                                          /s/ Mark E. Fuller
                                 CHIEF UNITED STATES DISTRICT JUDGE