IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.2:06-cv-1158-MEF |
| | ) |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Gray Construction, Inc.'s Motion for Leave to File Sur-Reply (Doc. #94) filed on August 6, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 7th day of August, 2007.

                                           /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE