IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.*,    ) | |
| ) | |
|     Plaintiff,    ) | |
| ) | |
| v.    ) | CASE NO. 2:06-cv-1158-MEF |
| ) | |
| GRAY CONSTRUCTION, Inc.    ) | |
| ) | |
|     Defendant.    ) | |

## ORDER

Upon consideration of Gray Construction Inc.'s Motion for Enlargement of Time to Respond to Hwashin America Corporation's Motion to Dismiss Third-Party Complaint (Doc. # 97) filed on August 8, 2007, it is hereby ORDERED as follows:

(1) The motion is GRANTED to and including August 16, 2007.

(2) Hwashin America Corporation may file a reply brief on or before August 23, 2007.

DONE this the 9th day of August, 2007.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE