IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENNIFER PIGGOTT and SLADE PIGGOTT,<br><br>  Plaintiffs,<br><br>VS.<br><br>GRAY CONSTRUCTION, INC.; et al.,<br><br>  Defendant / Third-Party Plaintiff,<br><br>VS.<br><br>COOPER'S STEEL FABRICATORS, INC.; et al.,<br><br>  Third-Party Defendants. | CASE NO. 2:06-cv-01158-MEF-TFM |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, J. Michael Cooper, and enters his appearance as counsel for the Third-Party Defendant, The Hardy Corporation, in the above entitled action.

Respectfully submitted,

/s/ J. Michael Cooper

**J. MICHAEL COOPER** (ASB-6353-P79J)

OF COUNSEL:

*PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.*
22 Inverness Center Parkway, Suite 600
Post Office Box 530790
Birmingham, AL 35253-0790
Telephone: (205) 980-5000
Facsimile: (205) 980-5001
Email: jmc@phm-law.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the **9th** day of **August, 2007**, a true and correct copy of the above and foregoing Notice of Appearance has been served on all parties and counsel of record either by electronic mail or by placing a copy of the same in the United States Mail postage prepaid and properly addressed as follows:

Jere L. Beasley, Esq.
Julia A. Beasley, Esq.
Beasley, Allen, Crow,
    Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

Elliot Britton Monroe, Esq.
Mickey B. Wright, Esq.
Brian M. McClendon, Esq.
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223

Steven K. Herndon, Esq.
Gidiere, Hington & Herndon
60 Commerce Street, Suite 904
Montgomery, AL 36104

James A. Rives, Esq.
William Christopher Waller, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, AL 36102-2148

Arden Pathak, Esq.
Capell & Howard
Post Office Box 2069
Montgomery, AL 36102-2069

Thomas Gallion, Esq.
Felicia Long, Esq.
Constance Walker, Esq.
Haskell, Slaughter, Young & Gallion, LLC
Post Office Box 4660
Montgomery, AL 36103-4660

Joe Peddy, Esq.
Robert B. Stewart, Esq.
Smith, Spires & Peddy, P.C.
2015 Second Avenue North, Suite 200
Birmingham, AL 35203

Charles K. Hamilton, Esq.
Bainbridge, Mims, Rogers & Smith
Post Office Box 530886
Birmingham, AL 35253

Christopher G. Hume, III, Esq.
W. Kyle Morris, Esq.
Miller, Hamilton, Snider & Odom
Post Office Box 46
Mobile, AL 36601

Linda H. Ambrose, Esq.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244

GFN Architects and Engineers, P.S.C., P.C.
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

All South Subcontractors, Inc.
c/o CSC Lawyers Inc. Service, Inc.
150 South Perry Street
Montgomery, AL 36104

Hope T. Cannon, Esq.
Bradley, Arant
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203

/s/ J. Michael Cooper
_____
**OF COUNSEL**

3