IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER PIGGOTT and <br> SLADE PIGGOTT, | * <br> * <br> * | |
| Plaintiffs, <br> v. | * <br> * <br> * | File Number CV-06-1158-F |
| GRAY CONSTRUCTION, INC., | * <br> * | |
| Defendant. | * <br> * <br> * | |
| HWASHIN AMERICA CORP., | * <br> * | |
| Intervener Plaintiff, | * <br> * | |
| v. | * <br> * | |
| JAMES N. GRAY COMPANY, a/k/a <br> GRAY CONSTRUCTION, INC., <br> GNF ARCHITECTS AND <br> ENGINEERS, PSC, HARDY <br> MECHANICAL CO., INC., FREELAND <br> HARRIS CONSULTING ENGINEERS OF <br> GEORGIA, INC., FREELAND HARRIS <br> CONSULTING ENGINEERS OF <br> KENTUCKY, INC., ALL-SOUTH <br> SUBCONTRACTORS, INC., MID <br> SOUTH ROOF SYSTEMS, INC., <br> COOPER'S STEEL FABRICATORS, <br> INC., LATTA PLUMBING & <br> CONSTRUCTION CO., INC., and <br> FIRESTONE BUILDING PRODUCTS <br> COMPANY, LLC | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |
| Defendants. | * | |

# HWASHIN AMERICA CORPORATION'S
## MOTION FOR ORAL ARGUMENT

Comes now Intervener Plaintiff/Third-Party Defendant Hwashin America Corporation ("Hwashin"), pursuant to Fed. R. Civ. P. 12(d) and 78, and hereby moves this Court for an order setting oral argument on Hwashin's pending Motion for Leave to File Amended Complaint in Intervention (Doc. 55), Hwashin's Motion to Dismiss All-South Subcontractors, Inc.'s Cross Claims (Doc. 82) and Hwashin's Motion to Dismiss Gray Construction, Inc.'s Third Party Complaint (Doc. 83). As grounds for this motion, Hwashin states as follows:

1. Third-Party Defendant All-South Subcontractors, Inc. ("All-South") must file a response to Hwashin's Motion to Dismiss its cross claims no later than August 9, 2007. (Doc. 87) Hwashin thereafter has until August 16, 2007 to file a reply brief. (*Id.*) Gray Construction, Inc. ("Gray") is currently required to file a response to Hwashin's Motion To Dismiss Gray's Third-Party Complaint by August 16, 2007. (Doc. 98) Hwashin may thereafter file a reply brief by August 23, 2007. (Doc. 98)

2. With respect to Hwashin's Motion For Leave to File Amended Complaint in Intervention, Gray has filed its Opposition to that motion (Doc. 77), Hwashin has filed its reply to that opposition (Doc. 89) and Gray has now filed a Sur-Reply to Hwashin's reply. (Doc. 96)

2

3. The procedural and substantive issues raised in Hwashin's motions, and in Gray's opposition thereto, are complex. There is also considerable overlap of legal and factual issues between the Hwashin motions. Given this, Hwashin believes that the Court will be significantly aided by oral argument on these motions.

4. Further, Hwashin would like the opportunity to respond to the arguments and positions presented in Gray's sur-reply (Doc. 96), some of which Gray has raised for the first time in its sur-reply.[1] However, rather than submit an additional brief responding to Gray's sure-reply, Hwashin respectfully suggests that oral argument would be the most effective and efficient way to address all of these issues once and for all.

WHEREFORE, based upon the foregoing, Hwashin respectfully moves this Court for an order setting all of its pending motions for oral argument.

Respectfully submitted,

/s/ W. Christopher Waller, Jr.
W. CHRISTOPHER WALLER, ESQ. (WAL187)
JAMES A. RIVES (RIV005)
Attorneys for Intervener
Hwashin America Corp.

---

[1] By way of example only, Gray, for the first time, argues in its sur-reply that the related case styled *Gray Construction, Inc. v. Hwashin America Corp.,* Case No. 07-cv-584, does not arise out of the same September 24, 2003 contract that is at issue in this action. (Doc. 96, p. 14) Even a cursory review of Gray's pleadings in these two cases demonstrates that Gray itself has alleged that these cases do arise out of the very same contract. (Doc. 26, ¶ 15); Case No. 07-cv-584 (Doc. 1, ¶ 5)

**OF COUNSEL:**
BALL, BALL, MATTHEWS & NOVAK
P. O. Box 2148
Montgomery, AL 36102-2148
(334) 387-7680
(334) 387-3222 (fax)

        /s/J. Lister Hubbard
        **J. LISTER HUBBARD (HUB007)**
        **RICHARD H. ALLEN (ALL053)**
        **ARDEN REED PATHAK (PAT072)**
        Attorneys for Intervener
        Hwashin America Corp.

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
334/241-8000

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

Jere L. Beasley, Esquire
Julia Ann Beasley, Esquire
Beasley, Allen, Crow, Methvin,
  Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL  36103-4160

Thomas T. Gallion, III, Esquire
Constance C. Walker, Esquire
Felicia Abernathy Long, Esquire
Haskell, Slaughter,
  Young & Gallion, LLC
305 South Lawrence Street
Montgomery, AL  36104

Brian Michael McClendon, Esquire
Elliot Britton Monroe, Esquire
Mickey B. Wright, Esquire
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, AL  35223

Linda C. Ambrose, Esquire
Rogers & Associates
3000 Riverchase Galleria
Suite 650
Birmingham, AL  35244

James A. Rives, Esquire
William Christopher Waller, Jr.
Ball, Ball, Matthews & Novak P.A.
Post Office Box 2148
Montgomery, AL  36102-2148

Albry Joe Peddy, Esquire
Robert B. Stewart, Esquire
Smith, Spires & Peddy, P.C.
2015 Second Avenue North
Suite 200
Birmingham, AL  35203-3711

Charles Keith Hamilton, Esquire
Bainbridge, Mims, Rogers & Smith
Post Office Box 530886
Birmingham, AL  35253

/s/J. Lister Hubbard
J. LISTER HUBBARD  (HUB007)