IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENNIFER PIGGOTT and<br>SLADE PIGGOTT,<br><br>           PLAINTIFFS,<br><br>vs.<br><br>GRAY CONSTRUCTION, INC.,<br><br>   DEFENDANT/THIRD-PARTY<br>            PLAINTIFF<br>vs.<br><br>COOPER=S STEEL FABRICATORS,<br>INC.,   et al,<br><br>           THIRD-PARTY DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NUMBER: CV06-1158 |

## ALL-SOUTH SUBCONTRACTORS, INC.=S JOINDER IN

## HWASHIN AMERICA=S MOTION TOR ORAL ARGUMENT

Comes now All-South Subcontractors, Inc., defendant in the Third Party Complaint filed by Gray Construction and Cross-Claimant against Hwashin America, and would join Hwashin=s motion for oral argument, and would show the Court the following:

1) All-South would agree with Hwashin that these pending motions could more effectively be addressed and argued by setting them for oral argument before the Court;

2) Counsel for All-South would inform the Court that he will be absent from the continental United States from August 23rd, 2007, through September 4, 2007, and would request that said oral argument not be scheduled during those dates, if at all possible.

Respectfully submitted this 10th day of August, 2007.

      /s/    John S. Somerset  (SOM003, ASB3370-o74J)
            Attorney for All-South Subcontractors, Inc.
            5385 1st Avenue North
            Birmingham, AL 35212

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

| | |
|---|---|
| Jere L. Beasley, Esquire | Thomas T. Gallion, III, Esquire |
| Julia Ann Beasley, Esquire | Constance C. Walker, Esquire |
| Beasley, Allen, Crow, Methvin, Protis & Miles, P.C. | Felicia A. Long, Esquire |
| P.O. Box 4160 | Haskell, Slaughter, Young & Gallion, LLC |
| Montgomery, AL 36103-4160 | P. O. Box 4660 |
| Counsel for Plaintiffs, Jennifer and Slade Piggott | Montgomery, AL 36103-4660 |
| | Counsel for Latta Plumbing & Const. Co Inc |
| | |
| Charles Keith Hamilton, Esquire | A. Joe Peddy, Esquire |
| Bainbridge, Mims, Rogers & Smith | Robert B. Stewart, Esquire |
| P.O.Box 530886 | Smith, Spires & Peddy |
| Birmingham, AL 35253-0886 | 2015 2nd Avenue North, Suite 200 |
| Counsel for Freeland-Harris Consulting | Birmingham, AL 35203 |
| Engineers of Kentucky, Inc. | Counsel for Cooper=s Steel Fabricators,Inc |
| | |
| Linda H. Ambrose, Esquire | James A. Rives, Esquire |
| Rogers & Associates | William Christopher Waller, Jr., Esquire |
| 3000 Riverchase Galleria, Suite 650 | Ball, Ball, Matthews & Novak. P.A. |
| Birmingham, AL 35244 | P. O. Box 2148 |
| Counsel for Hwashin America Corp. | Montgomery, AL 36102-2148 |
| | Counsel for Hwashin America Corp. |
| J. Lister Hubbard, Esquire | |
| Richard H. Allen, Esquire | John M Laney, Jr., Esquire |
| Arden Reed Pathak, Esquire | John C. DeShazo, Esquire |
| Capell & Howard, P.C. | Laney & Foster, P.C. |
| P.O. Box 2069 | P. O. Box 43798 |
| Montgomery, AL 36102-2069 | Birmingham, AL 35243-0798 |
| Attorney for Hwashin America Corp. | Counsel for Freeland-Harris Consulting |
| | Engineers of Georgia, Inc. |
| | |
| Hope T. Cannon, Esquire | |
| Brittin T. Coleman, Esquire | |
| Kenneth M. Perry, Esquire | Larry W. Harper, Esquire |
| Bradley, Arant, Rose & White, LLP | Porterfield, Harper, Mills & Motlow, P.C. |
| One Federal Place | 22 Inverness Center Parkway, Suite 600 |
| 1819 Fifth Avenue North | P. O. Box 530790 |
| Birmingham, AL 35203-2104 | Birmingham, AL 35253-0790 |

| | |
|---|---|
| **Counsel for Firestone Building Products Company, LLC** | **Counsel for The Hardy Corporation** |
| | B rian M. McClendon, Esquire |
| | Elliot Britton Monroe, Esquire |
| | Mickey B. Wright, Esquire |
| | Lloyd, Gray & Whitehead, PC. |
| | 2501 Twentieth Place South |
| | Suite 300, Birmingham, AL 35223 |

<u>s/</u>    **John S. Somerset (SOM003, ASB 3370 074J)**
       **Attorney for All South Subcontractors, Inc**