# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JENNIFER PIGGOTT and** ) <br> **SLADE PIGGOTT,** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **GRAY CONSTRUCTION, INC.,** ) <br> ) <br>     **Defendant/Third-Party Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **COOPER'S STEEL** ) <br> **FABRICATORS, INC., et al.,** ) <br> ) <br>     **Third-Party Defendants.** ) | **Case No.: CV-06-1158** |

## GRAY CONSTRUCTION, INC.'S RESPONSE TO ORDER TO SHOW CAUSE

    Gray Construction, Inc. ("Gray") hereby responds to Court's Order To Show Cause why Third-Party Defendants Cooper's Steel Fabricators', All-South Subcontractors, Inc.'s, Latta Plumbing and Construction Co., Inc.'s, Freeland-Harris Consulting Engineers of Kentucky, Inc.'s, Freeland-Harris Consulting Engineers of Georgia, Inc.'s, The Hardy Corporation's and Firestone Building Products Company, LLC's ("Third-Party Defendants") Motion to Modify should not be granted. Gray has no objection to extending the deadlines contained in the Court's March 20, 2007 Scheduling Order in accordance with the Third-Party Defendants' Motion to Modify.

    Done this 13th day of August, 2007.

                                                      By: *s/Brian M. McClendon*
                                                             E. Britton Monroe (MON032)
                                                             Mickey B. Wright (WRI048)
                                                             Brian M. McClendon (MCC133)
                                                             Attorneys for Defendant/ Third Party Plaintiff
                                                            Gray Construction, Inc.

**OF COUNSEL:**
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Telephone:  (205) 967-8822
Facsimile:  (205) 967-2380

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 13th day of August, a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid, upon the following parties:

| | |
|---|---|
| Jere L. Beasley, Esq.<br>Julia Ann Beasley, Esq.<br>Beasley, Allen, Crow, Methvin,<br> Portis & Miles, P.C.<br>P.O. Box 4160<br>Montgomery, AL 36103-4160<br>***Counsel for Plaintiffs, Jennifer and Slade Piggott*** | Thomas T. Gallion, III, Esq.<br>Constance C. Walker, Esq.<br>Felicia A. Long, Esq.<br>Haskell, Slaughter, Young & Gallion, LLC<br>P.O. Box 4660<br>Montgomery, AL 36103-4660<br>***Counsel for Latta Plumbing & Construction Co., Inc.*** |
| Charles Keith Hamilton, Esq.<br>Bainbridge, Mims, Rogers & Smith<br>P.O. Box 530886<br>Birmingham, AL 35253-0886<br>***Counsel for Freeland-Harris Consulting Engineers of Kentucky, Inc.*** | John S. Somerset, Esq.<br>Sudderth & Somerset<br>5385 First Avenue North<br>Birmingham, AL 35212<br>***Counsel for All-South Subcontractors, Inc.*** |
| Linda H. Ambrose, Esq.<br>Rogers & Associates<br>3000 Riverchase Galleria, Ste. 650<br>Birmingham, AL 35244<br>***Counsel for Hwashin America Corp.*** | A. Joe Peddy, Esq.<br>Robert B. Stewart, Esq.<br>Smith, Spires & Peddy<br>2015 2nd Avenue North, Ste. 200<br>Birmingham, AL 35203<br>***Counsel for Cooper's Steel Fabricators, Inc.*** |
| J. Lister Hubbard, Esq.<br>Richard H. Allen, Esq.<br>Arden Reed Pathak, Esq.<br>Capell & Howard, P.C.<br>P.O. Box 2069<br>Montgomery, AL 36102-2069<br>***Counsel for Hwashin America Corp.*** | James A. Rives, Esq.<br>William Christopher Waller, Jr., Esq.<br>Ball, Ball, Matthews & Novak, P.A.<br>P.O. Box 2148<br>Montgomery, AL 36102-2148<br>***Counsel for Hwashin America Corp.*** |
| Hope T. Cannon, Esq.<br>Brittin T. Coleman, Esq.<br>Kenneth M. Perry, Esq.<br>Bradley, Arant, Rose & White, LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2104<br>***Counsel for Firestone Building Products Company, LLC*** | John M. Laney, Jr., Esq.<br>John C. DeShazo, Esq.<br>Laney & Foster, P.C.<br>P.O. Box 43798<br>Birmingham, AL 35243-0798<br>***Counsel for Freeland-Harris Consulting Engineers of Georgia, Inc.*** |

Larry W. Harper, Esq.
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Ste. 600
P.O. Box 530790
Birmingham, AL   35253-0790
***Counsel for The Hardy Corporation***

               *s/Brian M. McClendon*
               OF COUNSEL