# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Piggott et al v. Gray Construction, Inc.**

**Case Number: 2:06-cv-01158-MEF**

**Referenced Pleading: Joinder - Doc. 102**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENNIFER PIGGOTT and <br> SLADE PIGGOTT, <br><br> PLAINTIFFS, <br><br> vs. <br><br> GRAY CONSTRUCTION, INC., <br><br> DEFENDANT/THIRD-PARTY <br> PLAINTIFF <br> vs. <br><br> COOPER=S STEEL FABRICATORS, <br> INC.,  et al, <br><br> THIRD-PARTY DEFENDANTS. | CASE NUMBER: CV06-1158 |

## ALL-SOUTH SUBCONTRACTORS, INC.=S JOINDER IN

## HWASHIN AMERICA=S MOTION TOR ORAL ARGUMENT

Comes now All-South Subcontractors, Inc., defendant in the Third Party Complaint filed by Gray Construction and Cross-Claimant against Hwashin America, and would join Hwashin=s motion for oral argument, and would show the Court the following:

1) All-South would agree with Hwashin that these pending motions could more effectively be addressed and argued by setting them for oral argument before the Court;

2) Counsel for All-South would inform the Court that he will be absent from the continental United States from August 23rd, 2007, through September 4, 2007, and would request that said oral argument not be scheduled during those dates, if at all possible.

Respectfully submitted this 10th day of August, 2007.

/s/   John S. Somerset  (SOM003, ASB3370-o74J)
Attorney for All-South Subcontractors, Inc.
5385 1st Avenue North
Birmingham, AL 35212

### CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

Jere L. Beasley, Esquire
Julia Ann Beasley, Esquire
Beasley, Allen, Crow, Methvin, Protis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
Counsel for Plaintiffs, Jennifer and Slade Piggott

Thomas T. Gallion, III, Esquire
Constance C. Walker, Esquire
Felicia A. Long, Esquire
Haskell, Slaughter, Young & Gallion, LLC
P. O. Box 4660
Montgomery, AL 36103-4660
Counsel for Latta Plumbing & Const. Co Inc

Charles Keith Hamilton, Esquire
Bainbridge, Mims, Rogers & Smith
P.O.Box 530886
Birmingham, AL 35253-0886
Counsel for Freeland-Harris Consulting
Engineers of Kentucky, Inc.

A. Joe Peddy, Esquire
Robert B. Stewart, Esquire
Smith, Spires & Peddy
2015 2nd Avenue North, Suite 200
Birmingham, AL 35203
Counsel for Cooper=s Steel Fabricators,Inc

Linda H. Ambrose, Esquire
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
Counsel for Hwashin America Corp.

James A. Rives, Esquire
William Christopher Waller, Jr., Esquire
Ball, Ball, Matthews & Novak. P.A.
P. O. Box 2148
Montgomery, AL 36102-2148
Counsel for Hwashin America Corp.

J. Lister Hubbard, Esquire
Richard H. Allen, Esquire
Arden Reed Pathak, Esquire
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069
Attorney for Hwashin America Corp.

John M Laney, Jr., Esquire
John C. DeShazo, Esquire
Laney & Foster, P.C.
P. O. Box 43798
Birmingham, AL 35243-0798
Counsel for Freeland-Harris Consulting
Engineers of Georgia, Inc.

Hope T. Cannon, Esquire
Brittin T. Coleman, Esquire
Kenneth M. Perry, Esquire
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

Larry W. Harper, Esquire
Porterfield, Harper, Mills & Motlow, P.C.
22 Inverness Center Parkway, Suite 600
P. O. Box 530790
Birmingham, AL 35253-0790

| **Counsel for Firestone Building Products Company, LLC** | **Counsel for The Hardy Corporation** |
|---|---|
| | Brian M. McClendon, Esquire |
| | Elliot Britton Monroe, Esquire |
| | Mickey B. Wright, Esquire |
| | Lloyd, Gray & Whitehead, PC. |
| | 2501 Twentieth Place South |
| | Suite 300, Birmingham, AL 35223 |

<u>s/</u>    **John S. Somerset (SOM003, ASB 3370 074J)**
       **Attorney for All South Subcontractors, Inc**