IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.,* | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )   CASE NO.2:06-cv-1158-MEF |
| | ) |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

Upon consideration of Hwashin America Corporation's Motion for Oral Argument (Doc. #101) filed on August 9, 2007, it is hereby

ORDERED that the motion is DENIED.

It is further ORDERED that this matter is set for a status conference on August 29, 2007 at 2:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 17th day of August, 2007.

                                                  /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE