IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JENNIFER PIGGOTT and** ) | |
| **SLADE PIGGOTT,** ) | |
| ) | **CASE NUMBER: CV06-1158** |
| PLAINTIFFS, ) | |
| ) | |
| vs. ) | |
| ) | |
| **GRAY CONSTRUCTION, INC.,** ) | |
| ) | |
| DEFENDANT/THIRD-PARTY ) | |
| PLAINTIFF ) | |
| vs. ) | |
| ) | |
| **COOPER'S STEEL FABRICATORS,** ) | |
| **INC., et al,** ) | |
| ) | |
| THIRD-PARTY DEFENDANTS. ) | |

**MOTION TO CONTINUE HEARING ON STATUS CONFERENCE**

Comes now All-South Subcontractors, Inc, Third Party Defendants, (AllSouth) and requests this Honorable Court as follows:

1) This Court has set a status conference in this matter for August 29, 2007, at 2:00 PM at the Federal Courthouse in Montgomery, Alabama;

2) In a previous Motion, (Document 102), Counsel for AllSouth informed the Court that he would be out of the continental United States from August 24th until September 4, 2007, and therefore it will be impossible for him to attend the Status Conference on the date set by the Court; Your movant has had a cruise booked for three months, and cannot get a refund or reschedule the trip.

3) Said Counsel's law partner, John Sudderth, has a trial set on the same date in Domestic Court in Jefferson County which has been set for over 4 months, which has been pending for 8 months and cannot be settled, the Plaintiff is coming in from out of town, and there are no other lawyers in the firm.

4) Your Movant has contacted the counsel for the all other parties to this litigation, and they have no objection to the continuance of this motion, except for Hwashin America Corporation, which takes no position on the Motion;

5) Counsel for Allsouth would move the Court to continue said status conference to a date in early September, if it is possible.

This the 20th day of August, 2007

/s/   John S. Somerset (SOM003, ASB074-3370 074J)
      Attorney for all-south Subcontractors, Inc.
      5385 1st Avenue North
      Birmingham, AL 35212
      (205) 595-4631

### CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

| | |
|---|---|
| **Jere L. Beasley, Esquire** | **Thomas T. Gallion, III, Esquire** |
| **Julia Ann Beasley, Esquire** | **Constance C. Walker, Esquire** |
| **Beasley, Allen, Crow, Methvin, Protis & Miles, P.C.** | Felicia A. Long, Esquire |
| P.O. Box 4160 | Haskell, Slaughter, Young & Gallion, LLC |
| Montgomery, AL 36103-4160 | P. O. Box 4660 |
| **Counsel for Plaintiffs, Jennifer and Slade Piggott** | Montgomery, AL 36103-4660 |
| | **Counsel for Latta Plumbing & Const. Co Inc** |

| | |
|---|---|
| **Charles Keith Hamilton, Esquire** | **A. Joe Peddy, Esquire** |
| **Bainbridge, Mims, Rogers & Smith** | **Robert B. Stewart, Esquire** |
| **P.O.Box 530886** | **Smith, Spires & Peddy** |
| **Birmingham, AL 35253-0886** | **2015 2nd Avenue North, Suite 200** |
| **Counsel for Freeland-Harris Consulting** | **Birmingham, AL 35203** |
| **Engineers of Kentucky, Inc.** | **Counsel for Cooper's Steel Fabricators,Inc** |
| | |
| **Linda H. Ambrose, Esquire** | **James A. Rives, Esquire** |
| **Rogers & Associates** | **William Christopher Waller, Jr., Esquire** |
| **3000 Riverchase Galleria, Suite 650** | **Ball, Ball, Matthews & Novak. P.A.** |
| **Birmingham, AL 35244** | **P. O. Box 2148** |
| **Counsel for Hwashin America Corp.** | **Montgomery, AL 36102-2148** |
| | **Counsel for Hwashin America Corp.** |
| **J. Lister Hubbard, Esquire** | |
| **Richard H. Allen, Esquire** | **John M Laney, Jr., Esquire** |
| **Arden Reed Pathak, Esquire** | **John C. DeShazo, Esquire** |
| **Capell & Howard, P.C.** | **Laney & Foster, P.C.** |
| **P.O. Box 2069** | **P. O. Box 43798** |
| **Montgomery, AL 36102-2069** | **Birmingham, AL 35243-0798** |
| **Attorney for Hwashin America Corp.** | **Counsel for Freeland-Harris Consulting** |
| | **Engineers of Georgia, Inc.** |
| **Hope T. Cannon, Esquire** | |
| **Brittin T. Coleman, Esquire** | |
| **Kenneth M. Perry, Esquire** | **Larry W. Harper, Esquire** |
| **Bradley, Arant, Rose & White, LLP** | **Porterfield, Harper, Mills & Motlow, P.C.** |
| **One Federal Place** | **22 Inverness Center Parkway, Suite 600** |
| **1819 Fifth Avenue North** | **P. O. Box 530790** |
| **Birmingham, AL 35203-2104** | **Birmingham, AL 35253-0790** |
| **Counsel for Firestone Building Products** | **Counsel for The Hardy Corporation** |
| **Company, LLC** | |
| | Brian M. McClendon, Esquire |
| | Elliot Britton Monroe, Esquire |
| | Mickey B. Wright, Esquire |
| | Lloyd, Gray & Whitehead, PC. |
| | 2501 Twentieth Place South |
| | Suite 300, Birmingham, AL 35223 |

    <u>s/</u>    **John S. Somerset (SOM003, ASB 3370 074J)**
            **Attorney for All South Subcontractors, Inc**