## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER PIGGOTT and SLADE PIGGOTT, | * * * | |
| Plaintiffs, and | * * | |
| HWASHIN AMERICA CORP., Intervenor Plaintiff | * * * | File Number CV-06-1158-F |
| v. | * * | |
| GRAY CONSTRUCTION, INC., | * * | |
| Defendant and Third-Party Plaintiff | * * * | |
| v. | * * | |
| COOPER'S STEEL FABRICTORS, INC., et. al. | * * * * | |
| Third Party Defendants. | * * | |

**ENTRY OF APPEARANCE**

COMES NOW Linda Hinson Ambrose, who previously filed a Motion to Continue on behalf of Third-Party Defendant, Hwashin American Corporation ("Hwashin") and files her entry of appearance as additional counsel of record for Hwashin ONLY with respect to Hwashin's position as Intervenor in the above referenced matter.

This 21st day of August, 2007.

1

/s/ Linda H. Ambrose
Linda Hinson Ambrose, Esq.
Attorney for Plaintiff/Intervener and
Alleged Third-Party Defendant
Alabama Bar No. 1753-B386

**OF COUNSEL:**
ROGERS & ASSOCIATES
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama 35244
(205) 982-4620
(205) 982-4630 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to the following:

Jere Beasley, Esq.
Julia Beasley, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montogmery, AL 36106
Attorneys for Plaintiffs, Jennifer Piggott and Slade Piggott

James Rives, Esq.
Willaim Waller, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montogmery, AL 36109
Attorneys for Interveanor, Hwashin America Corp.

Andrew Christman, Esq.
Steven Herndon, Esq.
Gidiere, Hinton, Herndon & Christman
904 Regions Tower
60 Commerce Street
Montgomery, AL 36104
Attorneys for Defendant/Third Party Plaintiff,
Gray Construction, Inc.

Briam McGlendon, Esq.
Elliott Monroe, Esq.
Mickey Wright, Esq.
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, AL 35223
Attorneys for Defendant/Third Party Plaintiff,
Gray Construction, Inc.

All-South Subcontractors, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry Street

Montgomery, AL 36104

Firestone Building Prodcuts Company, LLC
c/o National Registered Agents, Inc.
160 South Perry Street
Montgomery, AL 36104

Freeland-Harris Consulting Engineers of Georgia, Inc.
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

Freeland-Harris Consulting Engineers of Kentucky, Inc.
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

Latta Plumbing and Constrution Co., Inc.
c/o Rex Latta
2605 Decatur Hightway
Gardendale, AL 35071

The Hardy Corporation
c/o Craig E. Westendorf
430 12th Street South
Birmingham, AL 35233

Albry Joe Peddy
SMITH, SPIRES & PEDDY, PC
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
Attorneys for Cooper Steel Fabricators

by electronic filing on this the 26th day of June, 2007.

                                                          /s/ Linda H. Ambrose
                                                          OF COUNSEL