IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | )   CASE NO. 2:06-cv-1158-MEF |
| | ) |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of All-South Subcontractors, Inc.'s Motion to Continue Hearing on Status Conference (Doc. #111) filed on August 20, 2007, it is hereby

ORDERED that the motion is GRANTED. The status conference set for August 29, 2007 is continued to September 12, 2007 at 2:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 22nd day of August, 2007.

                                                         /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE