IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO.2:06-cv-1158-MEF |
| ) | |
| GRAY CONSTRUCTION, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of Gray Construction Inc.'s Motion for Leave to File Sur-Reply (Doc. #116) filed on August 28, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 4th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE