# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JENNIFER PIGGOTT, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **GRAY CONSTRUCTION, INC.,** | )  Case No. 2:06-cv-01158-MEF-TFM |
| | ) |
| **Defendant and** | ) |
| **Third Party Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **COOPER'S STEEL** | ) |
| **FABRICATORS, INC., et al.,** | ) |
| | ) |
| **Third Party Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW John W. Clark IV of Bainbridge, Mims, Rogers & Smith, LLP, and hereby give notice of his appearance as additional counsel of record for Freeland Harris Consulting Engineers of Kentucky.

Dated: September 13, 2007

    */s/ John W. Clark IV*
John W. Clark IV
Bainbridge, Mims, Rogers & Smith, LLP
600 Luckie Building, Suite 415
Post Office Box 530886
Birmingham, Alabama 35253
(205) 879-1100
(205) 879-4300 (fax)
jclark@bainbridgemims.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2007, I electronically filed the foregoing **Notice of Appearance** using the CM/ECF system which will send notification of such filing to the following:

Linda H. Ambrose
Rogers & Associates
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama 35244

Jere L. Beasley
Julia A. Beasley
Beasley, Allen, Crow, Methvin,
    Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 35106

James A. Rives
William C. Waller, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

E. Britton Monroe
Mickey B. Wright
Brian M. McClendon
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, Alabama 35223

Thomas T. Gallion, III
Constance C. Walker
Felicia A. Long
Haskell Slaughter Young
    & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104

Albry Joe Peddy
Robert B. Stewart
Smith, Spires & Peddy, P.C.
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203

                                                */s/ John W. Clark IV*
                                                Of Counsel