IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT and ) | |
| SLADE PIGGOTT, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:06-cv-1158-MEF |
| ) | |
| GRAY CONSTRUCTION, INC., ) | |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| v. ) | |
| ) | |
| COOPER'S STEEL ) | |
| FABRICATORS, INC. *et al.* ) | |
| ) | |
| Third-Party Defendants. ) | |

# **ORDER**

It is hereby ORDERED as follows:

(1) The Uniform Scheduling Order (Doc. # 7) is VACATED.

(2) The Joint Motion for Leave to Modify Scheduling Order (Doc. # 92) is DENIED as moot.

(3) With respect to Defendant/Third-Party Plaintiff Gray's claims against Third-Party Defendant Hwashin contained in Gray's Third Party Complaint (Doc. # 26), Hwashin's Motion for Leave to File Its Amended Complaint in Intervention (Doc. # 55), Plaintiffs' Motion for Leave to File Plaintiffs' First Amendment to Complaint (Doc. # 56), Firestone's Motion to Dismiss Third-Party Complaint (Doc. # 57), Hwashin's Motion to Dismiss All-South Subcontractors, Inc.'s Cross Claims (Doc. # 82), and Hwashin's Motion to Dismiss

Gray Construction, Inc.'s Third Party Complaint (Doc. # 83), the parties are given leave to file motions to amend, motions to withdraw, and other pleadings. The deadline for filing any such motions or pleadings is September 21, 2007.

(4) If this Court determines that is has jurisdiction, shortly thereafter the parties can expect an order with respect to filing a new Rule 26(f) report.

Done on this 14th day of September, 2007.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE