**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **JENNIFER PIGGOTT** and **SLADE PIGGOTT,** ) ) ) | |
| Plaintiffs, ) ) | **Case No.: CV-06-1158** |
| v. ) ) | |
| **GRAY CONSTRUCTION, INC.,** ) ) | |
| Defendant/Third-Party Plaintiff, ) ) | |
| v. ) ) | |
| **COOPER'S STEEL FABRICATORS, INC., et al.,** ) ) ) | |
| Third-Party Defendants. ) | |

## NOTICE OF FILING

Gray Construction, Inc. ("Gray"), pursuant to the Court's Order of September 14, 2007, hereby files its First Amended Complaint. Gray's First Amended Complaint asserts an additional claim of common law indemnity against Firestone Building Products Company, LLC ("Firestone"). The remainder of the allegations contained in Gray's First Amended Complaint remains unchanged from the Original Complaint.

Done this 21st day of September, 2007.

> By: *s/Brian M. McClendon*
> E. Britton Monroe (MON032)
> Mickey B. Wright (WRI048)
> Brian M. McClendon (MCC133)
> Attorneys for Defendant/ Third Party Plaintiff Gray Construction, Inc.

**OF COUNSEL:**
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 21st day of September, a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid, upon the following parties:

Jere L. Beasley, Esq.
Julia Ann Beasley, Esq.
Beasley, Allen, Crow, Methvin,
 Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
*Counsel for Plaintiffs, Jennifer and Slade Piggott*

Thomas T. Gallion, III, Esq.
Constance C. Walker, Esq.
Felicia A. Long, Esq.
Haskell, Slaughter, Young & Gallion, LLC
P.O. Box 4660
Montgomery, AL 36103-4660
*Counsel for Latta Plumbing & Construction Co., Inc.*

Charles Keith Hamilton, Esq.
Bainbridge, Mims, Rogers & Smith
P.O. Box 530886
Birmingham, AL 35253-0886
*Counsel for Freeland-Harris Consulting Engineers of Kentucky, Inc.*

John S. Somerset, Esq.
Sudderth & Somerset
5385 First Avenue North
Birmingham, AL 35212
*Counsel for All-South Subcontractors, Inc.*

Linda H. Ambrose, Esq.
Rogers & Associates
3000 Riverchase Galleria, Ste. 650
Birmingham, AL 35244
*Counsel for Hwashin America Corp.*

A. Joe Peddy, Esq.
Robert B. Stewart, Esq.
Smith, Spires & Peddy
2015 2nd Avenue North, Ste. 200
Birmingham, AL 35203
*Counsel for Cooper's Steel Fabricators, Inc.*

J. Lister Hubbard, Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069
*Counsel for Hwashin America Corp.*

James A. Rives, Esq.
William Christopher Waller, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148
*Counsel for Hwashin America Corp.*

Hope T. Cannon, Esq.
Brittin T. Coleman, Esq.
Kenneth M. Perry, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
*Counsel for Firestone Building Products Company, LLC*

John M. Laney, Jr., Esq.
John C. DeShazo, Esq.
Laney & Foster, P.C.
P.O. Box 43798
Birmingham, AL 35243-0798
*Counsel for Freeland-Harris Consulting Engineers of Georgia, Inc.*

Larry W. Harper, Esq.
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Ste. 600
P.O. Box 530790
Birmingham, AL   35253-0790
*Counsel for The Hardy Corporation*

                                        *s/Brian M. McClendon*
                                        OF COUNSEL