## NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Piggott et al v. Gray Construction, Inc.**

**Case Number: 2:06-cv-01158-MEF**

**Referenced Pleading: Motion to Withdraw - Doc. 124**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT ALABAMA
NOTHERN DIVISION

| | |
|---|---|
| JENNIFER & SLADE PIGGOTT, | * |
| Plaintiffs, | * |
| vs. | *  CASE NUMBER: 2:06CV-1158-MEF |
| GRAY CONSTRUCTION, INC, | * |
| Defendant. | * |

**PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDMENT TO COMPLAINT**

In accordance with the Court's Order of September 14, 2007 (Document Number 120), Plaintiffs move the Court to Withdraw Plaintiffs' Motion For Leave to File Plaintiffs' First Amendment to Complaint filed on June 29, 2007, which is Document Number 56 in the Court's History of Documents. Plaintiffs request the Court to enter an Order granting said motion.

_____
JULIA A. BEASLEY (BEA039)
Attorney for Plaintiffs

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 21st day of September, 2007.

_____
OF COUNSEL

Mr. W. Christopher Waller
Mr. James A. Rives
BALL, BALL, MATHEWS & NOVAK
P.O. Box 2148
Montgomery, AL 36102-2148
Attorneys for Alabama Self-Insured
Worker's Compensation Fund & Hwashin

Mr. E. Britton Monroe
Mr. Mickey B. Wright
Mr. Brian M. McClendon
LLOYD, GRAY & WHITEHEAD
2501 20th Place
Suite 300
Birmingham, AL 35223
Attorneys for Gray Construction

Ms. Arden Pathak
Mr. J. Lister Hubbard
Mr. Richard H. Allen
CAPELL & HOWARD
P.O. Box 2069
Montgomery, AL 36102-2069
Attorneys for Hwashin

Mr. Thomas Gallion
Ms. Felicia Long
Ms. Constance Walker
HASKELL SLAUGHTER YOUNG GALLION, LLC
PO Box 4660
Montgomery, Alabama 36103-4660
Attorneys for Latta Plumbing

Mr. Joe Peddy
Mr. Robert B. Stewart
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
Attorneys for Cooper Steel Fabricators, Inc.

Mr. Charles K. Hamilton
BAINBRIDGE, MIMS, ROGERS & SMITH
P.O. Box 530886
Birmingham, AL 35253
Attorney for Freeland-Kentucky

Ms. Linda H. Ambrose
ROGERS & ASSOCIATES
3000 Riverchase Galleria
Suite 650
Birmingham, AL 35244
Attorney for Plaintiff/Intervener and
Alleged Third-Party Defendant Hwashin

Mr. John S. Somerset
SUDDERTH & SOMERSET
5385 First Avenue North
Birmingham, Alabama 35212
Attorney for All-South Subcontractors

Mr. John C. Deshazo
Mr. John M. Laney, Jr.
Mr. J. Michael Cooper
PORTERFIELD HARPER MILLS & MOTLOW
P.O. Box 530790
Birmingham, Alabama 35253-0790

Ms. Hope T. Cannon
Mr. Brittin T. Coleman
Mr. Kenneth M. Perry
BRADLEY ARRANT ROSE & WHITE
1819 5th Avenue North
Birmingham, Alabama 35203
Attorneys for Firestone Building Products

Mr. J. Michael Cooper
PORTERFIELD, HARPER, MILLS & MOTLOW
P.O. Box 530790
Birmingham, AL 35253-0790
Attorney for The Hardy Corporation