IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.2:06-cv-1158-MEF |
| | ) |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of plaintiffs' Motion for Leave to File Second Amendment to Complaint (Doc. #125) filed on September 21, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 24th day of September, 2007.

                                                    /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE