IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.2:06-cv-1158-MEF |
| | ) |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of plaintiffs' Motion to Withdraw Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Complaint (Doc. #124) filed on September 21, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 27th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE