IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER PIGGOTT and<br>SLADE PIGGOTT, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No. CV-06-1158-F |
| GRAY CONSTRUCTION, INC., | )<br>)<br>) | |
| Defendant/Third-Party Plaintiff, | )<br>) | |
| v. | )<br>) | |
| COOPER'S STEEL FABRICATORS,<br>INC., et al., | )<br>)<br>) | |
| Third-Party Defendants. | )<br>)<br>) | |
| HWASHIN AMERICA CORPORATION | )<br>) | |
| Intervener Plaintiff | )<br>) | |
| v. | )<br>) | |
| GRAY CONSTRUCTION, INC. | ) | |

**HWASHIN AMERICA CORPORATION'S
MOTION TO DISMISS GRAY CONSTRUCTION, INC.'S
<u>FIRST AMENDED THIRD PARTY COMPLAINT</u>**

Comes now Hwashin America Corporation ("Hwashin") and hereby moves this Court for an order dismissing all claims asserted by Gray Construction, Inc. ("Gray") against Hwashin in Gray's First Amended Third-Party Complaint. (Doc. 122) As grounds for this motion, Hwashin states as follows:

1. Gray filed its Third-Party Complaint against Hwashin on June 8, 2007. (Doc. 26)

2. Hwashin thereafter filed its Motion to Dismiss Gray Construction, Inc.'s Third-Party Complaint (Doc. 83) and, in further support thereof, filed its Reply to Gray Construction, Inc.'s Response to Hwashin's Motion to Dismiss. (Doc. 115)  Hwashin brought its motion pursuant to Fed. R. Civ. P. 12(b)(6) based upon Gray's failure to state a claim upon which relief could be granted and based upon Gray's failure to bring its claims against Hwashin as compulsory counterclaims as required by Fed R. Civ. P. 13(a).  This motion remains pending.

3. Gray filed its First Amended Third-Party Complaint on September 21, 2007. (Doc. 122)  Gray's First Amended Third-Party Complaint contains identical allegations and claims against Hwashin as its original complaint.

4. Hwashin hereby incorporates herein by reference its previously filed Motion to Dismiss (Doc. 83) and its Reply to Gray's Response to Hwashin's Motion to Dismiss (Doc. 115). For the reasons set forth in these previously filed submissions, Gray's claims against Hwashin contained in Gray's First Amended Third-Party Complaint are due to be dismissed.

WHEREFORE, based upon the foregoing, Hwashin hereby moves this Court for an order dismissing all claims asserted against it by Gray in Gray's First Amended Third-Party Complaint.

Respectfully submitted,

/s/J. Lister Hubbard
J. LISTER HUBBARD (HUB007)
RICHARD H. ALLEN (ALL053)
ARDEN REED PATHAK (PAT072)
Attorneys for Intervener
Hwashin America Corp.

OF COUNSEL:
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama  36102-2069
(334) 241-8000
(334) 323-8888 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

| | |
|---|---|
| Jere L. Beasley, Esquire<br>Julia Ann Beasley, Esquire<br>Beasley, Allen, Crow, Methvin,<br>  Portis & Miles, P.C.<br>Post Office Box 4160<br>Montgomery, AL 36103-4160 | James A. Rives, Esquire<br>William Christopher Waller, Jr.<br>Ball, Ball, Matthews & Novak P.A.<br>Post Office Box 2148<br>Montgomery, AL 36102-2148 |
| Thomas T. Gallion, III, Esquire<br>Constance C. Walker, Esquire<br>Felicia Abernathy Long, Esquire<br>Haskell, Slaughter,<br>  Young & Gallion, LLC<br>305 South Lawrence Street<br>Montgomery, AL  36104 | Albry Joe Peddy, Esquire<br>Robert B. Stewart, Esquire<br>Smith, Spires & Peddy, P.C.<br>2015 Second Avenue North<br>Suite 200<br>Birmingham, AL 35203-3711 |
| Brian Michael McClendon, Esquire<br>Elliot Britton Monroe, Esquire<br>Mickey B. Wright, Esquire<br>Lloyd, Gray & Whitehead, P.C.<br>2501 Twentieth Place South, Ste 300<br>Birmingham, AL 35223 | Charles Keith Hamilton, Esquire<br>Bainbridge, Mims, Rogers & Smith<br>Post Office Box 530886<br>Birmingham, AL 35253 |
| Linda C. Ambrose, Esquire<br>Rogers & Associates<br>3000 Riverchase Galleria<br>Suite 650<br>Birmingham, AL 35244 | John S. Somerset, Esquire<br>Sudderth & Somerset<br>5385 First Avenue North<br>Birmingham, AL 35212 |
| John S. DeShazo, Esquire<br>John M. Laney, Jr., Esquire<br>Post Office Box 43798<br>Birmingham, AL 35243-0798 | Larry W. Harper, Esquire<br>Porterfield, Harper, Mills & Motlow<br>Post Office Box 530790<br>Birmingham, AL 35253-0790 |
| Hope T. Cannon, Esquire<br>Brittin Turner Coleman, Esquire<br>Kenneth Martin Perry, Esquire<br>Bradley, Arant, Rose & White, LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Andrew W. Christman, Esquire<br>Steven Keith Herndon, Esquire<br>Gidiere, Hinton, Herndon & Christman<br>904 Regions Tower<br>60 Commerce Street<br>Montgomery, AL 36104 |

                                               /s/ J. Lister Hubbard<br>
                                               Of Counsel