**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JENNIFER PIGGOTT AND SLADE PIGGOTT,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **GRAY CONSTRUCTION, INC. ,** ) | |
| ) | |
| Defendant/ Third-party plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **COOPER'S STEEL FABRICATORS,** ) | **2:06-cv-01158-MEF** |
| **INC., ALL-SOUTH SUBCONTRACTORS,** ) | |
| **FREELAND-HARRIS CONSULTING** ) | |
| **ENGINEERS OF KENTUCKY, INC.,** ) | |
| **FREELAND HARRIS CONSULTING** ) | |
| **ENGINEERS OF GEORGIA, INC., THE** ) | |
| **HARDY CORPORATION, LATTA** ) | |
| **PLUBING & CONSTRUCTION CO, INC.,** ) | |
| **HWASHIN AMERICA CORPORATION** ) | |
| **and FIRESTONE BUILDING PRODUCTS** ) | |
| **COMPANY, LLC,** ) | |
| ) | |
| Third-party defendants. ) | |

**MOTION TO DISMISS GRAY CONSTRUCTION, INC.'S FIRST AMENDED THIRD-PARTY COMPLAINT**

Comes Now, Third-Party Defendant, Firestone Building Products Company, LLC ("FBP") and moves pursuant to Rule 12(b)(6) to dismiss FBP. As grounds therefore, Firestone states as follows:

Alabama law does not recognize a common law claim to indemnity, as plead in Gray Construction, Inc.'s First Amended Third-Party Complaint.

1

2

FBP adopts and incorporates by reference, as though fully set forth herein, its Motion to Dismiss Third-Party Complaint (Doc 57), and all briefs in support thereof.

                                              s/ Hope T. Cannon
                                              Hope T. Cannon
                                              ASB-5898-T55H
                          One of the Attorneys for Firestone Building Products, LLC

OF COUNSEL

Brittin T. Coleman
Kenneth M. Perry
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Attorneys for Plaintiffs Jennifer Piggott and Slade Piggott
Jere L. Beasley
Julia Ann Beasley
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC.
P.O. Box 6160
Montgomery, AL 36103-4160
Jere.beasley@beasleyallen.com
Julia.beasley@beasleyallen.com

Attorneys for Hwashin America Corporation
James A. Rives
William C. Waller, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109
jrives@ball-ball.com
cwaller@ball-ball.com

Attorneys for Hwashin America Corporation
Joseph L. Hubbard
Arden R. Pathak
Richard H. Allen
CAPELL HOWARD PC
P.O. Box 2069
Montgomery, AL 36102-2069
jlh@chlaw.com
arp@chlaw.com
rha@chlaw.com

Attorneys for Hwashin America Corporation
Linda C. Ambrose
ROGERS & ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
lambrose@spt.com

Attorney for Gray Construction, Inc.
Brian Michael McClendon
Elliott Britton Monroe
Mickey B. Wright
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place, South, Suite 300
Birmingham, AL 35223
bmcclendon@lgwpc.com
bmonroe@lgwpc.com
mwright@lgwpc.com

Attorneys for Cooper Steel Fabricators
A. Joe Peddy
Robert B. Stewart
SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue North
Suite 200
Birmingham, AL 35203
Attorneys@ssp-law.com
rob@ssp-law.com

Attorneys for All-South Subcontractors
John S. Somerset
SUDDERTH & SOMERSET
5385 First Avenue North
Birmingham, AL 35212
sandsattys@bham.rr.com

3

<table>
<tr><td>

Attorneys for Freeland-Harris
<u>Consulting Engineers of Georgia, Inc.</u>
John S. DeShazo
John M. Laney, Jr.
LANEY & FOSTER
P.O. Box 43798
Birmingham, AL 35243-0798
jdeshazo@laneyfoster.com
jmlaney@laneyfoster.com

</td><td>

Attorneys for Freeland-Harris
<u>Consulting Engineers of Kentucky, Inc.</u>
Charles K. Hamilton
John William Clark, IV
BAINBRIDGE MIMS ROGERS
& SMITH
P.O. Box 530886
Birmingham, AL 35253-0886
khamilton@bainbridgemims.com
jclark@bainbridgemims.com

</td></tr>
<tr><td>

Attorneys for Latta Plumbing and
<u>Construction Company, Inc.</u>
Constance C. Walker
Felicia Abernathy Long
Thomas T. Gallion, III
HASKELL SLAUGHTER YOUNG
& GALLION, LLC
305 South Lawrence Street
Montgomery, AL 36104
ccw@hsy.com
fal@hsy.com
mp@hsy.com

</td><td>

<u>Attorneys for The Hardy Corporation</u>
Larry W. Harper
James Michael Cooper
PORTERFIELD, HARPER, MILLS
& MOTLOW
P.O. Box 530790
Birmingham, AL 35253-0790
lwh@phm-law.com
jmc@phm-law.com

</td></tr>
</table>

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None

Respectfully submitted,

s/ Hope T. Cannon
Hope T. Cannon
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: hcannon@bradleyarant.com