IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER and SLADE PIGGOTT, | ) |
| Plaintiffs, | ) |
| v. | ) |
| GRAY CONSTRUCTION, INC. *et al.*, | ) |
| Defendants. | ) |
| | )   CASE NO. 2:06-cv-1158-MEF |
| GRAY CONSTRUCTION, INC., | ) |
| Defendant and Third Party Plaintiff, | ) |
| v. | ) |
| COOPER STEEL FABRICATORS, INC. *et al.*, | ) |
| Third Party Defendants. | ) |
| HWASHIN AMERICA CORPORATION | ) |
| Intervener Plaintiff, | ) |
| v. | ) |
| GRAY CONSTRUCTION, INC., | ) |
| Intervener Defendant. | ) |

## **ORDER**

Upon consideration of the Plaintiffs' Motion to Sever Hwashin's Amended Complaint in Intervention (Doc. # 132) filed on October 2, 2007, it is hereby ORDERED

as follows:

    (1) Responses in opposition may be filed on or before October 24, 2007.

    (2) Reply briefs may be filed on or before October 31, 2007.

Done on this the 10th day of October, 2007.

                                        /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE