IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER and SLADE PIGGOTT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GRAY CONSTRUCTION, INC. *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) CASE NO. 2:06-cv-1158-MEF |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
| Defendant and Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COOPER STEEL | ) |
| FABRICATORS, INC. *et al.*, | ) |
| | ) |
| Third Party Defendants. | ) |
| | ) |
| HWASHIN AMERICA CORPORATION | ) |
| | ) |
| Intervener Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GRAY CONSTRUCTION, INC., | ) |
| | ) |
| Intervener Defendant. | ) |

## **ORDER**

Upon consideration of Third-Party Defendant Hwashin America Corporation's

Motion to Dismiss Gray Construction, Inc.'s First Amended Third Party Complaint (Doc.

# 137) filed on October 5, 2007, it is hereby ORDERED as follows:

(1) Gray Construction, Inc. shall file a response brief on or before October 24, 2007.

(2) Hwashin America Corporation may file a reply brief on or before October 31, 2007.

Done on this the 10th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE