IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER and SLADE PIGGOTT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GRAY CONSTRUCTION, INC. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | CASE NO. 2:06-cv-1158-MEF |
| GRAY CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant and Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COOPER STEEL | ) | |
| FABRICATORS, INC. *et al.*, | ) | |
| | ) | |
| Third Party Defendants. | ) | |
| | ) | |
| HWASHIN AMERICA CORPORATION | ) | |
| | ) | |
| Intervener Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GRAY CONSTRUCTION, INC., | ) | |
| | ) | |
| Intervener Defendant. | ) | |

**<u>ORDER</u>**

Upon consideration of Third-Party Defendant Firestone Building Products

Company, LLC's Motion to Dismiss Gray Construction, Inc.'s First Amended Third-

Party Complaint (Doc. # 138) filed on October 5, 2007, it is hereby ORDERED as follows:

(1) Gray Construction, Inc. shall file a response brief on or before October 24, 2007.

(2) Firestone Building Products Company, LLC may file a reply brief on or before October 31, 2007.

Done on this the 10th day of October, 2007.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE