IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JENNIFER PIGGOTT and** ) | |
| **SLADE PIGGOTT,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-01158-MEF-TFM |
| ) | |
| **GRAY CONSTRUCTION, INC.,** ) | |
| ) | |
| Defendant. ) | |

**OPPOSITION TO PLAINTIFFS' MOTION TO SEVER**

**COMES NOW** Cooper Steel Fabricators, Inc., (Cooper Steel) Third Party Defendant in the above-styled matter and makes response to plaintiffs', Jennifer and Slade Piggott, Motion to Sever (Doc.132) as follows:

1. Cooper Steel adopts and incorporates All-South Subcontractors, Inc.'s Brief in Opposition to Plaintiffs' Motion to Sever as if fully set forth herein and in full.

Respectfully submitted,
s/A. Joe Peddy
A. Joe Peddy (PED002)
ajp@ssp-law.com

s/Robert B. Stewart
Robert B. Stewart ( STE124)
rob@ssp-law.com

              **SMITH, SPIRES & PEDDY, P.C.**
              Suite 200
              2015 Second Avenue North
              Birmingham, Alabama 35203
              Telephone: (205) 251-5885
              Fax: (205) 251-8642

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley, Esquire
Julia Ann Beasley. Esq.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, AL 36103-4160

Andrew W. Christman, Esquire
Steven Keith Herndon, Esquire
**GIDIERE, HINTON, HERNDON &CHRISTMAN**
904 Regions Tower
60 Commerce Street
Montgomery, AL 36104

Elliot Britton Monroe, Esquire
Mickey B. Wright, Esquire
**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 Twentieth Place South
Suite 300
Birmingham, AL 35223

James A. Rives, Esquire
William Christopher Wakler, Jr., Esquire
**BALL, BALL, MATTHEWS & NOVAK, PA**
P.O. Box 2148
Montgomery, AL 36102-2148

Constance C. Walker, Esq.
Thomas T. Gallion, III, Esq.
Felicia A. Long, Esq.
**HASKELL, SLAUGHTER, YOUNG & GALLION, LLC**
P.O. Box 4660
Montgomery, Alabama 36103-4660

J. Lister Hubbard, Esq.
Richard H. Allen, Esq
Arden Reed Pathak, Esq.
**CAPELL & HOWARD, P.C.**
P.O. Box 2069
Montgomery, Alabama 36102-2069

Kenneth M. Perry, Esq.
Hope T. Cannon, Esq.
Brittin T. Coleman, Esq.
**BRADLEY, ARANT, ROSE & WHITE, LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

J. Michael Cooper, Esquire
**PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.**
P. O. Box 530790
Birmingham, AL 35253-0790

John S. Somerset, Esquire
**SUDDERTH & SOMERSET**
5385 1st Avenue North
Birmingham, Alabama 35212

Linda Hinson Ambrose, Esq.
**ROGERS & ASSOCIATES**
3000 Riverchase Galleria; Suite 650
Birmingham, AL 35244

John C. DeShazo, Esquire
**LANEY & FOSTER, P.C.**
P. O. Box 43798
Birmingham, Alabama 35243

Charles Keith Hamilton, Esquire
**BAINBRIDGE, MIMS, ROGERS & SMITH**
P. O. Box 530886
Birmingham, Alabama 35253-0886

                                                         s/ *Robert B. Stewart*
                                                         Of Counsel