**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **JENNIFER PIGGOTT and SLADE PIGGOTT,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| VS. | ) ) **CASE NO. 2:06-cv-01158-MEF-TFM** |
| **GRAY CONSTRUCTION, INC.; et al.,** | ) ) ) ) |
| **Defendant / Third-Party Plaintiff,** | ) ) |
| VS. | ) ) |
| **COOPER'S STEEL FABRICATORS, INC.; et al.,** | ) ) ) |
| **Third-Party Defendants.** | ) |

**HARDY CORPORATION'S OPPOSITION TO
PLAINTIFFS' MOTION TO SEVER**

COMES NOW The Hardy Corporation ("Hardy"), Third-Party Defendant in the above-styled action, and in response to the Plaintiffs' Motion to Sever (Doc. 132), states as follows:

1. Hardy adopts and incorporates All-South Subcontractors, Inc.'s Brief in Opposition to Plaintiff's Motion to Sever as if fully set forth herein.

Respectfully submitted,

\_\_\_\_\_s/ Larry W. Harper_____
LARRY W. HARPER  (ASB-3074-R76L)
J. MICHAEL COOPER   (ASB-6353-P79J)

**OF COUNSEL:**
***PORTERFIELD, HARPER, MILLS & MOTLOW, P.A***.
22 Inverness Center Parkway, Suite 600  (35242)
Post Office Box 530790
Birmingham, AL 35253-0790
Telephone: (205) 980-5000
Facsimile: (205) 980-5001
Email: lwh@phm-law.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 24th day of October, 2007, a copy of the foregoing was electronically served upon the parties via the Court's CM/ECF system or by U.S. mail, first-class postage prepaid, to:

Jere L. Beasley, Esq.
Julia A. Beasley, Esq.
Beasley, Allen, Crow,
  Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

Elliot Britton Monroe, Esq.
Mickey B. Wright, Esq.
Brian M. McClendon, Esq.
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223

Christopher G. Hume, III, Esq.
W. Kyle Morris, Esq.
Miller, Hamilton, Snider & Odom
Post Office Box 46
Mobile, AL 36601

James A. Rives, Esq.
William Christopher Waller, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, AL 36102-2148

Thomas Gallion, Esq.
Felicia Long, Esq.
Constance Walker, Esq.
Haskell, Slaughter, Young & Gallion, LLC
Post Office Box 4660
Montgomery, AL 36103-4660

All South Subcontractors, Inc.
c/o CSC Lawyers Inc. Service, Inc.
150 South Perry Street
Montgomery, AL 36104

Joe Peddy, Esq.
Robert B. Stewart, Esq.
Smith, Spires & Peddy, P.C.
2015 Second Avenue North, Suite 200
Birmingham, AL 35203

Charles K. Hamilton, Esq.
Bainbridge, Mims, Rogers & Smith
Post Office Box 530886
Birmingham, AL 35253

Steven K. Herndon, Esq.
Gidiere, Hington & Herndon
60 Commerce Street, Suite 904
Montgomery, AL 36104

Linda H. Ambrose, Esq.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244

Arden Pathak, Esq.
Capell & Howard
Post Office Box 2069
Montgomery, AL 36102-2069

GFN Architects and Engineers, P.S.C., P.C.
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Hope T. Cannon, Esq.
Bradley Arant Rose & White
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203

                    ___s/ Larry W. Harper_____
                          Of Counsel