## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JENNIFER PIGGOTT, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **GRAY CONSTRUCTION, INC.,** | ) Case No. 2:06-cv-01158-MEF-TFM |
| | ) |
| **Defendant and** | ) |
| **Third Party Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **COOPER STEEL** | ) |
| **FABRICATORS, INC., et al.,** | ) |
| | ) |
| **Third Party Defendants.** | ) |

---

### FREELAND HARRIS CONSULTING ENGINEERS
### OF KENTUCKY, INC.'S OPPOSITION TO MOTION TO SEVER

---

Defendant/Third-Party Defendant Freeland Harris Consulting Engineers of Kentucky, Inc. opposes the plaintiffs' Motion to Sever (Doc. 132) for the reasons stated in the briefs recently filed on behalf of All-South Subcontractors, Inc. and Firestone Building Products, LLC (Doc. 152), and Latta Plumbing & Construction Co., Inc. (Doc 153).

        s/Charles K. Hamilton
        Charles K. Hamilton
        John W. Clark IV
        Bainbridge, Mims, Rogers & Smith, LLP
        600 Luckie Building, Suite 415
        Post Office Box 530886
        Birmingham, Alabama 35253
        (205) 879-1100
        (205) 879-4300 (fax)
        khamilton@bainbridgemims.com
        jclark@bainbridgemims.com

        Attorneys for Freeland Harris Consulting Engineers of Kentucky, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2007, I electronically filed the foregoing **Freeland Harris Consulting Engineers of Kentucky, Inc.'s Opposition to Motion to Sever** using the CM/ECF system which will send notification of such filing to the following:

Linda H. Ambrose
Rogers & Associates
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama 35244

Jere L. Beasley
Julia A. Beasley
Beasley, Allen, Crow, Methvin,
    Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 35106

James A. Rives
William C. Waller, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

Joseph Lister Hubbard
Arden Reed Pathak
Richard H. Allen
Capell Howard PC
Post Office Box 2069
Montgomery, Alabama 36102-2069

John S. Somerset
Sudderth & Somerset
5385 1st Avenue North
Birmingham, Alabama 35212

Brittin T. Coleman
Kenneth M. Perry
Hope T. Cannon
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104

John M. Laney, Jr.
John C. DeShazo
Laney & Foster, P.C.
Post Office Box 43798
Birmingham, Alabama 35243-0798

Larry W. Harper
James Michael Cooper
Porterfield Harper Mills & Motlow PA
Post Office Box 530790
Birmingham, Alabama 35253-0790

E. Britton Monroe
Mickey B. Wright
Brian M. McClendon
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, Alabama 35223

Thomas T. Gallion, III
Constance C. Walker
Felicia A. Long
Haskell Slaughter Young
    & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104

Albry Joe Peddy
Robert B. Stewart
Smith, Spires & Peddy, P.C.
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203

Andrew W. Christman
Steven Keith Herndon
Gidiere, Hinton, Herndon & Christman
904 Regions Tower
60 Commerce Street
Montgomery, AL 36104

        s/ Charles K. Hamilton
        Of Counsel