IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

Jennifer and Slade Piggott         )
                                    )
          Plaintiff,                )
                                    )
v.                                  )   CASE NO. 2:06-cv-1158
                                    )
Gray Construction, et. al           )
                                    )
          Defendants,               )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Jennifer and Slade Piggott, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                       Relationship to Party

_____             _____

_____             _____

_____             _____


    1/24/08                             /s/ Julia A. Beasley
    Date                                (Signature)

                                        Julia A. Beasley (ASB-6729-E55J)
                                        (Counsel's Name)

                                        **Jennifer & Slade Piggott**
                                        Counsel for (print names of all parties)
                                        Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                                        P.O. Box 4160, Montgomery, AL 36103
                                        Address, City, State Zip Code
                                        334-269-2343
                                        Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, _____Julia A. Beasley_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __Electronic Mail and U.S. Mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __24__ day of __January__ 2008, to:

W. Christopher Waller, James A. Rives, E. Britton Monroe, Mickey B. Wright, Brian M. McClendon, Arden Pathak, J. Lister Hubbard, Richard H. Allen, Linda H. Ambrose, Thomas Gallion, Felicia Long, Constance Walker, Joe Peddy, Robert B. Stewart, John W. Clark, IV, Charles K. Hamilton, Linda H. Ambrose, John S. Somerset, John C. Deshazo, John M. Laney, Jr., Hope T. Cannon, Brittin T. Coleman, J. Michael Cooper, Larry William Harper, GNF Architects and Engineers, P.S.C., P.C.

| | |
|---|---|
| 1/24/08 | /s/ Julia A. Beasley |
| Date | Signature |