# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JENNIFER PIGGOTT, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **GRAY CONSTRUCTION, INC.,** ) | Case No. 2:06-cv-01158-MEF-TFM |
| ) | |
| **Defendant and** ) | |
| **Third Party Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **COOPER STEEL** ) | |
| **FABRICATORS, INC., et al.,** ) | |
| ) | |
| **Third Party Defendants.** ) | |

## FREELAND HARRIS CONSULTING ENGINEERS OF KENTUCKY, INC.'S VOLUNTARY DISMISSAL OF CROSS-CLAIM AGAINST FREELAND HARRIS CONSULTING ENGINEERS OF GEORGIA, INC.

COMES NOW Defendant/Third-Party Defendant/Cross-claim Plaintiff Freeland Harris Consulting Engineers of Kentucky, Inc. ("Freeland Harris-Kentucky") and, pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses its cross-claim against co-defendant/third-party defendant

Freeland Harris Consulting Engineers of Georgia, Inc. ("Freeland Harris-Georgia"). In support thereof, Freeland Harris-Kentucky states as follows:

1. Freeland Harris-Kentucky filed a cross-claim against Freeland Harris-Georgia.

2. Freeland Harris-Georgia has not filed a responsive pleading to the cross-claim, nor has any evidence been introduced at a hearing or trial regarding the cross-claim. *See* FED. R. CIV. P. 41(c).

3. Accordingly, Freeland Harris-Kentucky is entitled to voluntarily dismiss its cross-claim, without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

4. Freeland Harris-Georgia does not object to this voluntary dismissal without prejudice.

        s/Charles K. Hamilton  
        Charles K. Hamilton  
        John W. Clark IV  
        BAINBRIDGE, MIMS, ROGERS & SMITH, LLP  
        600 Luckie Building, Suite 415  
        Post Office Box 530886  
        Birmingham, Alabama 35253  
        (205) 879-1100  
        (205) 879-4300 (fax)  
        khamilton@bainbridgemims.com  
        jclark@bainbridgemims.com  
        Attorneys for Freeland Harris Consulting Engineers of Kentucky, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2008, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the following:

Linda H. Ambrose
Rogers & Associates
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama 35244

Jere L. Beasley
Julia A. Beasley
Beasley, Allen, Crow, Methvin,
    Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 35106

James A. Rives
William C. Waller, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

Joseph Lister Hubbard
Arden Reed Pathak
Richard H. Allen
Capell Howard PC
Post Office Box 2069
Montgomery, Alabama 36102-2069

John S. Somerset
Sudderth & Somerset
5385 1st Avenue North
Birmingham, Alabama 35212

Brittin T. Coleman
Kenneth M. Perry
Hope T. Cannon
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104

John M. Laney, Jr.
John C. DeShazo
Laney & Foster, P.C.
Post Office Box 43798
Birmingham, Alabama 35243-0798

Larry W. Harper
James Michael Cooper
Porterfield Harper Mills & Motlow PA
Post Office Box 530790
Birmingham, Alabama 35253-0790

E. Britton Monroe
Mickey B. Wright
Brian M. McClendon
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, Alabama 35223

| | |
|---|---|
| Thomas T. Gallion, III<br>Constance C. Walker<br>Felicia A. Long<br>Haskell Slaughter Young<br>    & Gallion, LLC<br>305 South Lawrence Street<br>Montgomery, Alabama 36104 | Andrew W. Christman<br>Steven Keith Herndon<br>Gidiere, Hinton, Herndon &<br>Christman<br>904 Regions Tower<br>60 Commerce Street<br>Montgomery, AL 36104 |

Albry Joe Peddy
Robert B. Stewart
Smith, Spires & Peddy, P.C.
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203

                                              s/ Charles K. Hamilton
                                              Of Counsel