## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENNIFER PIGGOTT and SLADE PIGGOTT, ) ) ) **Plaintiffs,** ) ) v. ) ) GRAY CONSTRUCTION, INC., ) ) **Defendant/Third-Party Plaintiff,** ) ) v. ) ) COOPER'S STEEL FABRICATORS, INC., ) ALL-SOUTH SUBCONTRACTORS, ) FREELAND HARRIS CONSULTING ) ENGINEERS OF KENTUCKY, INC., ) FREELAND HARRIS CONSULTING ) ENGINEERS OF GEORGIA, INC. THE ) HARDY CORPORATION, LATTA ) PLUMBING & CONSTRUCTION CO., INC., ) HWASHIN AMERICA CORPORATION and ) FIRESTONE BUILDING PRODUCTS CO., ) LLC, ) ) **Third-Party Defendants.** ) | **Civil Action Number:** **2:06-cv-01158-MEF** Honorable Chief Judge Mark E. Fuller |

## NOTICE OF APPEARANCE

**COME NOW,** the undersigned attorneys, John M. Laney, Jr. and John C. DeShazo, and hereby give Notice of their Appearance as additional counsel of record for the Defendant/Third-Party Defendant, Freeland Harris Consulting Engineers of Kentucky, Inc., in the above-styled case.

/s/ John C. DeShazo
JOHN C. DeSHAZO, ESQ. (DES007)

/s/ John M. Laney, Jr.
JOHN M. LANEY, JR., ESQ. (LAN007)

**OF COUNSEL:**

**LANEY & FOSTER, P.C.**
Post Office Box 43798
Birmingham, Alabama 35243-0798
Telephone: (205) 298-8440
Facsimile: (205) 298-8441
JMLaney@laneyfoster.com
JDeShazo@laneyfoster.com

Attorneys for Defendants / Third-Party Defendants
*Freeland Harris Consulting Engineers of Kentucky, Inc. and Freeland Harris Consulting Engineers of Georgia, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I electronically filed the foregoing with the Clerk of Court using the US District Court Filing System which sends information of such filing to Counsel of Record in this cause and those not registered with the US District Court Filing System for electronic notification have been served by US Mail.

**Attorneys for Third-Party Plaintiffs**
**Jennifer Piggott & Slade Piggott**
Jere L. Beasley, Esq.
Julia Ann Beasley, Esq.
Beasley Allen Crow Methvin Portis & Miles
Post Office Box 4160
Montgomery, Alabama 36103-4160

**Attorneys for Intervener / Plaintiff**
**Hwashin America Corporation**
James A. Rives, Esq.
William Christopher Waller, Jr., Esq.
Ball Ball Mathews & Novak, PA
Post Office Box 2148
Montgomery, Alabama 36102-2148

**Attorneys for Intervener / Plaintiff**
**Hwashin America Corporation**
J. Lister Hubbard, Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069

**Attorney for Intervener / Plaintiff**
**Hwashin America Corporation**
Linda C. Ambrose, Esq.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35244

**Attorney for Third-Party Defendant**
**Latta Plumbing and Construction Co., Inc.**
Constance C. Walker, Esq.
Felicia Abernathy Long, Esq.
Thomas T. Gallion, III, Esq.
Haskell Slaughter Young & Gallion, LLC
Post Office Box 4600
Montgomery, Alabama 36104

**Attorneys for Defendant / Third-Party Plaintiff**
**Gray Construction, Inc.**
Brian Michael McClendon, Esq.
Elliott Britton Monroe, Esq.
Mickey B. Wright, Esq.
Lloyd Gray & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

**Attorney for Third-Party Defendant Cooper Steel Fabricators**
A. Joe Peddy, Esq.
Robert B. Stewart, Esq.
Smith Spires & Peddy, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203

**Attorney for Third-Party Defendant Firestone Building Products Co., LLC**
Kenneth M. Perry, Esq.
Brittin T. Coleman, Esq.
Hope T. Cannon, Esq.
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203

**Attorney for Third-Party Defendant The Hardy Corporation**
Larry W. Harper, Esq.
Porterfield, Harper, Mills & Motlow, P.A
Post Office Box 530790
Birmingham, Alabama 35253-0790

**Attorney for Third-Party Defendant Freeland Harris Consulting Engineers of Kentucky, Inc.**
Charles Keith Hamilton, Esq.
John W. Clark, IV, Esq.
Bainbridge Mims Rogers & Smith
Post Office Box 530886
Birmingham, Alabama 35253-0886

**Attorney for Third-Party Defendant All-South Subcontractors, Inc.**
John S. Somerset, Esq.
Sudderth & Somerset
5385 First Avenue North
Birmingham, Alabama 35212

/s/ John C. DeShazo
**OF COUNSEL**