.U. District
ttn: Von Aus
ost Office Box 711
lontgomery, AL 36101

7160 3901 9849 0446 7392

**RETURN RECEIPT REQUESTED**

FEB -4 A  :56

U.S. DISTRICT
MIDDLE DISTRICT AL

*Refused*
*Ref 2303*

*RETURN TO SENDER*

*REFUSED*

GNF Architects and Engineers, P.S.C., P.C.
**c/o Mr. E. Britton Monroe**
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223

🚫 **Arbitration**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT ALABAMA

| | |
|---|---|
| JENNIFER & SLADE PIGGOTT, | * |
| Plaintiffs, | * |
| vs. | *  CASE NUMBER: |
| | *  2:06CV-1158-MEF |
| GRAY CONSTRUCTION, INC.; GNF ARCHITECTS AND ENGINEERS, P.S.C; FREELAND-HARRIS CONSULTING ENGINEERS OF GEORGIA, INC.; and FREELAND-HARRIS CONSULTING ENGINEERS OF KENTUCKY, INC., | * |
| Defendants. | |

### SUMMONS

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:   GNF Architects and Engineers, P.S.C., P.C.
c/o Mr. E. Britton Monroe
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223

The Amended Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

Julia A. Beasley
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 20 ~~THIRTY (30)~~ DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.