**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Piggott et al v. Gray Construction, Inc.

**Case Number:** 2:06-cv-01158-MEF

**Referenced Pleading:** Notice of Intent to Intervene  - Doc. 169

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER and SLADE PIGGOTT, | * | |
|     Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| GRAY CONSTRUCTION, INC., | * | |
| et al., | * | |
|     Defendants, | * | |
| | * | |
| GRAY CONSTRUCTION, INC., | * | |
|     Defendant and | * | |
|     Third Party Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| COOPER'S STEEL FABRICTORS, | * | |
| INC., et. al. | * | |
|     Third Party Defendants. | * | |
| | * | |
| HWASHIN AMERCIA | * | |
| CORPORATION, | * | |
|     Intervener Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:06-cv-1158-MEF |
| | * | |
| GRAY CONSTRUCTION, INC., | * | |
|     Intervener Defendant, | * | |
| ------------------------------------------------ | * | |
| | * | |
| GRAY CONSTRUCTION, INC., | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:07-cv-584-MEF |
| | * | |
| HWASHIN AMERICA CORP., | * | |
|     Defendant. | * | |

## NOTICE OF INTENT TO INTERVENE AS A PLAINTIFF

COMES NOW Hwashin America Corporation ("Hwashin") and, pursuant to this Court's Order dated February 25, 2008 (Document No. 167), files its Notice of Intent to file a Motion to Intervene and a Complaint in Intervention in the above referenced matter regarding its property damages, business interruption losses, extra expenses, etc. it suffered as a result of the roof collapse that is the subject of this lawsuit.  Simultaneously, Hwashin's property insurance carrier which paid for a portion of Hwashin's damages, Travelers Property Casualty Company of America, intends to intervene as a party co-plaintiff.

This 3rd day of March 2008.

/s/ Linda H. Ambrose
Linda Hinson Ambrose, Esq.
Attorney for Interveners
Alabama Bar No. 1753-B386

OF COUNSEL:
ROGERS & ASSOCIATES
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama 35244
(205) 982-4620
(205) 982-4630 (fax)

        /s/J. Lister Hubbard
**J. LISTER HUBBARD**
**ASB 8142-U76J**
**RICHARD H. ALLEN**
**ASB 3320-L72R**
**ARDEN PATHAK**
**ASB 0538-E29P**
Attorneys for Intervener
Hwashin America Corp**.**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama  36102-2069
334/241-8000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to the following:

Jere Beasley, Esq.
Julia Beasley, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montogmery, AL 36106
Attorneys for Plaintiffs, Jennifer Piggott and Slade Piggott

James Rives, Esq.
W. Chris Waller, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montogmery, AL 36109
Attorneys for Interveanor, Hwashin America Corp.

Andrew Christman, Esq.
Steven Herndon, Esq.
Gidiere, Hinton, Herndon & Christman
904 Regions Tower

60 Commerce Street
Montgomery, AL 36104
Attorneys for Defendant/Third Party Plaintiff,
Gray Construction, Inc.

Brian McGlendon, Esq.
Elliott Monroe, Esq.
Mickey Wright, Esq.
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, AL 35223
Attorneys for Defendant/Third Party Plaintiff,
Gray Construction, Inc.

Charles Keith Hamilton
John W. Clark, IV
Bainbridge, Mims, Rogers & Smith
PO Box 530886
Birmingham, AL 35253-0886
Attorneys for Freeland-Harris Consulting Engineers of Kentucky, Inc.

Abry Joe Peddy
Robert Stewart
Smith, Spires and Peddy, PC
2015 Second Avenue North, Suite 200
Birmingham, AL 35203
Attorneys for Cooper's Steel Fabricators, Inc.

Larry W. Harper
Porterfield, Harper, Mills & Motlow, PA
PO Box 530790
Birmingham, AL 352530790
Attorneys for The Hardy Corporation

John S. Somerset
Sudderth & Somerset
5385 First Avenue North
Birmingham, AL 35212
Attorneys for All-South Subcontractors, Inc.

John M. Laney, Jr.
John C. DeShazo
Laney & Foster, PC
PO Box 43798
Birmingham, AL 35243-0798
Attorneys for Freeland Harris Constulting Engineers of Georgia, Inc.

Brittin T. Coleman
Kenneth M. Perry
Hope T. Cannon
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2014
Attorneys for Firestone Building Products Company, LLC

Thomas T. Gallion, III
Constance C. Walker
Felicia A. Long
Haskell Slaughter Young & Gallion, LLC
PO Box 4660
Montgomery, Alabama 36103-4660
Attorneys for Latta Plumbing Y Construction Co., Inc.


by electronic filing on this the 3rd day of March, 2008.

                                         /s/ Linda H. Ambrose
                                         OF COUNSEL