IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PIGGOTT, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO.2:06-cv-1158-MEF |
| ) | |
| GRAY CONSTRUCTION, INC., ) | |
| ) | |
| Defendant. ) | |
| -------------------------------------------------- | |
| GRAY CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.2:07-cv-0584-MEF |
| ) | |
| HWASHIN AMERICA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Notice of Intent to Intervene as Plaintiff (Doc. # 169) filed by Hwashin America Corporation, it is hereby

ORDERED that Hwashin file a Motion to Intervene and a Complaint in Intervention on or before March 12, 2008.

DONE this 4th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE