IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT ALABAMA

| | |
|---|---|
| JENNIFER & SLADE PIGGOTT, | * |
| | * |
| Plaintiffs, | * |
| | *   *Alias* |
| vs. | *   CASE NUMBER: |
| | *   2:06CV-1158-MEF |
| GRAY CONSTRUCTION, INC.; GNF | * |
| ARCHITECTS AND ENGINEERS, | * |
| P.S.C; FREELAND-HARRIS | * |
| CONSULTING ENGINEERS OF | * |
| GEORGIA, INC.; and FREELAND- | * |
| HARRIS CONSULTING ENGINEERS | * |
| OF KENTUCKY, INC., | * |
| | * |
| Defendants. | |

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:   GNF Architects and Engineers, P.S.C., P.C.
c/o Mr. E. Britton Monroe
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223

The Amended Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

Julia A. Beasley
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN TWENTY (20) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

ATTEST A True Copy
Certified to 3/6/ , 20 08.
Clerk, U.S. District Court
Middle District of Alabama

BY _____Austin_____
Deputy Clerk

*Deputy Clerk*

Debra P. Hackett, Clerk
*/s/ Von Austin*
Deputy Clerk

Dated: 3/6/08