IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER and SLADE PIGGOTT, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GRAY CONSTRUCTION, INC. *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |
| GRAY CONSTRUCTION, INC., | ) | |
|     Defendant and Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-1158-MEF |
| | ) | |
| COOPER STEEL | ) | |
| FABRICATORS, INC. *et al.*, | ) | |
|     Third Party Defendants. | ) | |
| | ) | |
| HWASHIN AMERICA CORPORATION | ) | |
|     Intervener Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GRAY CONSTRUCTION, INC., | ) | |
|     Intervener Defendant. | ) | |
| ----------------------------------------------------- | ) | |
| | ) | |
| GRAY CONSTRUCTION, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-584-MEF |
| | ) | |
| HWASHIN AMERICA CORP., | ) | |
|     Defendant. | ) | |

**<u>ORDER</u>**

Upon consideration of the Motion to Intervene filed by Hwashin America

Corporation ("Hwashin") and Travelers Property Casualty Company of America, Inc. ("Travelers") (Doc. # 173), it is hereby ORDERED as follows:

(1) The Order (Doc. # 17) granting Hwashin's Motion to Intervene, by and through the Alabama Self-Insured Worker's Compensation Fund, is VACATED.

(2) The parties may show cause in writing on or before March 24, 2008 as to why the Hwashin and Travelers's Motion to Intervene (Doc. # 173) should not be granted.

Done this 12th day of March, 2008.

                                                      /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE