2. Article Number

**7160 3901 9849 0446 7415**

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

GNF Architects and Engineers, P.S.C., P.C.
c/o Mr. E. Britton Monroe
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, AL 35223

PS Form 3811, January 2005        Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:    ☐ No

06cv1158 S,CMP
Amendment to Com