**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JENNIFER and SLADE PIGGOTT** | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.: 2:06cv-1158-MEF** |
| **GRAY CONSTRUCTION, INC., et al.,** | ) | |
|     **Defendants,** | ) | |
| | ) | |
| **GRAY CONSTRUCTION, INC.,** | ) | |
|     **Defendant/Third-Party Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **COOPER'S STEEL FABRICATORS,** | ) | |
| **INC., et al.,** | ) | |
|     **Third-Party Defendants.** | ) | |
| | ) | |
| **HWASHIN AMERICA CORPORATION** | ) | |
|     **Intervener Plaintiff,** | ) | |
| | ) | |
| | ) | |
|     **v.** | ) | |
| | ) | |
| **GRAY CONSTRUCTION, INC.** | ) | |
|     **Intervener Defendant.** | ) | |
| ------------------------------------------------------- | ) | |
| | ) | |
| **GRAY CONSTRUCTION, INC.,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:07-cv-584-MEF** |
| | ) | |
| **HWASHIN AMERICA CORP.,** | ) | |
|     **Defendant.** | ) | |

<u>**LATTA PLUMBING'S RESPONSE TO HWASHIN AMERICA CORPORATION'S**</u>
<u>**AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S**</u>
<u>**MOTION TO INTERVENE**</u>

COMES NOW Defendant Latta Plumbing & Construction Co., Inc. ("Latta Plumbing"), a

Third-Party Defendant in the above-captioned matter, and hereby responds to Hwashin America Corporation's and Travelers Property Casualty Company of America's Motion to Intervene (Doc. No. 173).

1.      Latta Plumbing adopts and incorporates Section III, B of Gray Construction Company, Inc's., Opposition to Hwashin America Corporation's and Travelers Property Casualty Company of America's Motion to Intervene (Doc. No. 179, pp. 9-11) as if set forth herein.

2.      Latta Plumbing maintains that since Hwashin is already a party to the above-captioned matter, Hwashin cannot seek to intervene in said action. "Intervention" pursuant to Rule 24, Fed. R. Civ. Proc., is a method by which an outsider with interest in a lawsuit may come in as party on his own application. *Premier Foods of Bruton, Inc. v. City of Orlando*, 192 F.R.D. 310, 311 (M.D.Fla. 2000) citing 7C Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure, § 1901 (2d ed.1986); see also *MasterCard Intern. Inc. v. Visa Intern. Service Ass'n, Inc*., 471 F.3d 377, 382 (C.A.2 (N.Y.) (2006)) ("[Rule 24] provides the mechanism by which non-parties who believe they have a valid and sufficient interest in a litigation can assert their rights. See Fed.R.Civ.P. 24(a)-(b). Rule 24 explicitly contemplates motions by non-parties. See Fed.R.Civ.P. 24(c) (setting forth procedural requirements for persons seeking to file motions to intervene)"); see also Baicker-McKee, Janssen, & Coor, Federal Rules Handbook (2007) ("Rule 24 governs situations in which persons not already parties man intervene in existing litigation.").

3.      If the Court allows Hwashin to intervene, it will destroy diversity in this case.

Respectfully submitted,

/s/ Felicia A. Long
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Felicia A. Long (ASB-5532-F61L)
Attorneys for Third-Party Defendant Latta
Plumbing & Construction Co., Inc.

2

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama 36103-4660
Telephone:    (334) 265-8573
Facsimile:    (334) 264-7945

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

**Attorneys for Plaintiffs Jennifer and Slade Piggott**
Jere L. Beasley
Julia Ann Beasley
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343
(334) 954-7555

**Attorneys for Gray Construction, Inc.**
E. Britton Monroe
Mickey B. Wright
Brian M. McClendon
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama  35223
(205) 967-8822
(205) 967-2380 Fax

**Attorneys for Hwashin America Corp.**
W. Christopher Waller, Jr.
James A. Rives
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222

3

**Attorney for Hwashin America Corp.**
Linda H. Ambrose
ROGERS & ASSOCIATES
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama  35244
205-982-4620
205-982-4630 Fax

**Attorneys for Hwashin America Corp.**
Joseph Lister Hubbard
Richard H. Allen
Arden Reed Pathak
CAPELL HOWARD, P.C.
Post Office Box 2069
Montgomery, Alabama  36102-2069
(334) 241-8000
(334) 323-8888

**Attorney for Freeland-Harris Consulting Engineers of Kentucky, Inc.**
Charles Keith Hamilton
John William Clark, IV
BAINBRIDGE MIMS ROGERS & SMITH
Post Office Box 530886
Birmingham, Alabama 35253-0886
205-879-1100
205-879-4300 Fax

**Attorneys for Cooper's Steel Fabricators, Inc.**
Albry Joe Peddy
Robert B. Stewart
SMITH SPIRES & PEDDY, P.C.
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
205-251-5885
205-251-8642 Fax

**Attorney for The Hardy Corporation**
Larry W. Harper
James Michael Cooper
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
Post Office Box 530790
Birmingham, Alabama  35253-0790
(205) 980-5000
(205) 980-5001 Fax

4

**Attorney for All-South Subcontractors, Inc.**
John S. Somerset
SUDDERTH & SOMERSET
5385 First Avenue North
Birmingham, Alabama  35212
(205) 595-4631
(205) 595-4632 Fax

**Attorneys for Freeland Harris Consulting Engineers of Georgia, Inc.**
John M. Laney, Jr.
John C. DeShazo
LANEY & FOSTER, P.C.
Post Office Box 43798
Two Perimeter Park South
Suite 426E
Birmingham, Alabama  35243-0798
(205) 298-8440
(205) 298-8441 Fax

**Attorneys for Firestone Building Products Company, LLC**
Brittin T. Coleman
Kenneth M. Perry
Hope T. Cannon
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2014
(205) 521-8000
(205) 521-8800 Fax

/s/ Felicia A. Long
OF COUNSEL

32169
02391-828