IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER and SLADE PIGGOTT,<br>    Plaintiffs, | * * * | |
| v. | * * | |
| GRAY CONSTRUCTION, INC.,<br>et al.,<br>    Defendants, | * * * * | |
| GRAY CONSTRUCTION, INC.,<br>    Defendant and<br>    Third Party Plaintiff, | * * * * | |
| v. | * * | |
| COOPER'S STEEL FABRICTORS,<br>INC., et. al.<br>    Third Party Defendants. | * * * * * * | CASE NO. 2:06-cv-1158-MEF |
| ---------------------------------------------* | | |
| GRAY CONSTRUCTION, INC.,<br><br>    Plaintiff, | * * * * | |
| v. | * * | CASE NO. 2:07-cv-584-MEF |
| HWASHIN AMERICA CORP.,<br>    Defendant. | * * | |

## SUMMONS

**NOTICE TO:** **MID-SOUTH SUBCONTRACTORS**
**d/b/a MID-SOUTH ROOF SYSTEMS**
**Reg. Agent: National Registered Agents, Inc.**
**150 S. Perry Street**
**Montgomery, Alabama 36104**

**YOU ARE HEREBY SUMMONED** and required to serve on

Lister Hubbard, Esq.
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you service on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                         _4/3/08_
CLERK                                      DATE

_Von Austin_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                      *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.