| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  D. M°Lendon   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  P. McLendon    C. Date of Delivery  04/08/08 |
| 1. Article Addressed to:<br><br>Mid-South Subcontractors<br>R/A National Registered<br>Agents, Inc.<br>150 S. Perry Street<br>Montgomery AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label)   7000 0520 0014 0891 3860 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540