US District Court
Middle District of Alabama

RECEIVED
2008 JUL 14 A 11: 28
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jennifer and Slade Piggott
Plaintiffs

v.

Gray Construction Inc, et Al;
Jonathan Lee Riches, Intervenor,
Defendants

Case Nos: 2:06-CV-1158-MEF
2:07-CV-584-MEF

---

**Motion to Intervene As Defendant under Fed R. civ P rule 24(A)2**
**Rule 13 counterclaim Motion / Motion to Amend Complaint**

Comes Now the Intervenor, Jonathan Lee Riches, in pro se, moves this Honorable Court to intervene as a Defendant in case nos 2:06-CV-1158-MEF & 2:07-CV-584-MEF pursuant to Fed R cip P. rule 24(A)2 - As a matter of right. I have a financial and personal interest in this case for grounds to intervene. I move for rule 13 counter claim motion. I have a defense to the Piggotts claims and a counter claim against them. I have investments at the Hwashins facility. My defense presents questions of law and fact that are common in these 2 cases, and to protect the reputation of Gray construction Inc. I have information, documents, exhibits, and newly discovered evidence related to this case. I can be reached or called at the below address. I pray this court will grant me rule 24 A2 intervention and my rule 13 counter claim motion for relief.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

respectfully

7-9-08

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295

11 JUL 2008 PM 1 L

United States District Court
Middle District of Alabama
Clerk of Court
Johnson U.S. Courthouse
One Church St.
Montgomery, Alabama 36104

36104+4018

Legal Mail