IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER and SLADE PIGGOTT,  )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>GRAY CONSTRUCTION, INC. *et al.*, )<br>    Defendants. )<br> )<br>GRAY CONSTRUCTION, INC., )<br>    Defendant and Third Party Plaintiff, )<br> )<br>v. )<br> )<br>COOPER STEEL )<br>FABRICATORS, INC. *et al.*, )<br>    Third Party Defendants. )<br> )<br>HWASHIN AMERICA CORPORATION )<br>    Intervenor Plaintiff, )<br> )<br>v. )<br> )<br>GRAY CONSTRUCTION, INC., )<br>    Intervenor Defendant. )<br>------------------------------------------------)<br> )<br>GRAY CONSTRUCTION, INC., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>HWASHIN AMERICA CORP., )<br>    Defendant. )  | CASE NO. 2:06-cv-1158-MEF<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CASE NO. 2:07-cv-584-MEF |

## **ORDER**

On April 11, 2008, this Court remanded this case to the Circuit Court of Butler

County, Alabama. On July 14, 2008, Jonathan Lee Riches filed a motion in this Court to intervene as a defendant (Doc. # 188). The motion should have been filed in the Circuit Court of Butler County, Alabama. It is hereby

ORDERED that the motion is DENIED.

Done this 17th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE
